Daniel F. Fears, Bar No. 110573
dff@paynefears.com
Andrew K. Haeffele, Bar No. 258992
akh@paynefears.com
Leilani E. Jones, Bar No. 298896
llj@paynefears.com
PAYNE & FEARS LLP
4 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212

Attorneys for Defendants GARFIELD BEACH CVS, LLC (erroneously sued as CVS Pharmacy, Inc.) GUY GARCIA and JOE JOHNSON

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ANOUSH BURMAYAN,

Plaintiff,

v.

CVS PHARMACY, INC., a corporation doing business in California, GUY GARCIA, an individual, JOE JOHNSON, an individual; CITY OF GLENDALE, Officer JAMES ROSS #22471, individually and as a peace officer, Officer GRIFFIN ARMENDARIZ #27999, individually and as a peace officer, and DOES 1-10,

Defendants.

Case No. 2:23-cv-01788 FMO-AGR

***DISCOVERY MATTER***

**DECLARATION OF TIFFANI ENGSTROM**

Date: February 6, 2024
Time: 10:30 a.m.
Crtrm: 550
Judge: Hon. Alicia G. Rosenberg

Action Filed: January 6, 2023
Trial Date: September 24, 2024

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

# DECLARATION OF TIFFANI ENGSTROM

I, Tiffani Engstrom, declare as follows:

1. I am a paralegal for CVS. I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2. In my role as a paralegal for CVS, I have access to CVS's relevant business and personnel records.

3. Attached hereto as **Exhibit A** is at true and correct copy of the store schedule for CVS Store No. 9878, on both January 13, 2021 and January 19, 2021. This document has been retained in the normal course of business for CVS, and has also been produced in this action.

4. As shown in **Exhibit A**, Edith Gomez did not work on January 13, 2021. On January 19, 2021, Ms. Gomez worked from 6:00 a.m. until 2:30 p.m.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and executed on this 23rd day of January, 2024, at Chicago, Illinois.



Tiffani Engstrom

4889-3393-2191.1