# EXHIBIT A

| Division Id | Region Id | District Id | Store Id | Week Start Date | Employee Id | Employee Name | First Name | Last Name | Shift Start Date | Shift Times | Staff Group |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D16 | R86 | D8602 | CVS09787 | 1/10/21 | 1610163 | Sosa, Eboni | Eboni | Sosa | 1/13/21 | 11:00 - 19:30 | Beauty Service |
| D16 | R86 | D8602 | CVS09787 | 1/10/21 | 1602124 | Garcia, Guy | Guy | Garcia | 1/13/21 | 00:00 - 08:30 | Front Store Associate |
| D16 | R86 | D8602 | CVS09787 | 1/10/21 | 0623493 | Garcia, Jesus | Jesus | Garcia | 1/13/21 | 00:00 - 08:30 | Front Store Associate |
| D16 | R86 | D8602 | CVS09787 | 1/10/21 | 1552817 | Johnson, Joe | Joe | Johnson | 1/13/21 | 00:00 - 08:30 | Front Store Associate |
| D16 | R86 | D8602 | CVS09787 | 1/10/21 | 1725385 | Riddle, Timothy | Timothy | Riddle | 1/13/21 | 00:00 - 08:30 | Front Store Associate |
| D16 | R86 | D8602 | CVS09787 | 1/10/21 | 1774044 | Gevdzhyan, Hakop | Hakop | Gevdzhyan | 1/13/21 | 07:00 - 16:30 | Front Store Associate |
| D16 | R86 | D8602 | CVS09787 | 1/10/21 | 0825087 | Pisua, Martin | Martin | Pisua | 1/13/21 | 08:00 - 12:00 | Front Store Associate |
| D16 | R86 | D8602 | CVS09787 | 1/10/21 | 1793720 | Aytayan, Marine | Marine | Aytayan | 1/13/21 | 08:30 - 17:00 | Front Store Associate |
| D16 | R86 | D8602 | CVS09787 | 1/10/21 | 0582856 | Van Horn, Diana | Diana | Van Horn | 1/13/21 | 09:00 - 17:30 | Front Store Associate |
| D16 | R86 | D8602 | CVS09787 | 1/10/21 | 1497022 | Boghosian, Adrian | Adrian | Boghosian | 1/13/21 | 15:30 - 00:00 | Front Store Associate |
| D16 | R86 | D8602 | CVS09787 | 1/10/21 | 9982902 | Front Store TBD 2, FS09787 | FS09787 | Front Store TBD 2 | 1/13/21 | 15:30 - 00:00 | Front Store Associate |
| D16 | R86 | D8602 | CVS09787 | 1/10/21 | 0848059 | Garcia, Anna Liza | Anna Liza | Garcia | 1/13/21 | 15:30 - 00:00 | Front Store Associate |
| D16 | R86 | D8602 | CVS09787 | 1/10/21 | 1249762 | Samaan, Timon | Timon | Samaan | 1/13/21 | 07:00 - 15:30 | Pharmacist |
| D16 | R86 | D8602 | CVS09787 | 1/10/21 | 1687340 | Ha, Long | Long | Ha | 1/13/21 | 11:00 - 19:00 | Pharmacist |
| D16 | R86 | D8602 | CVS09787 | 1/10/21 | 1304221 | Ro, Edward | Edward | Ro | 1/13/21 | 14:30 - 23:00 | Pharmacist |
| D16 | R86 | D8602 | CVS09787 | 1/10/21 | 1934815 | Kerolos, Sherein | Sherein | Kerolos | 1/13/21 | 07:00 - 11:00 | Pharmacy Staff |
| D16 | R86 | D8602 | CVS09787 | 1/10/21 | 1013552 | Curiel, Maria | Maria | Curiel | 1/13/21 | 07:00 - 15:30 | Pharmacy Staff |
| D16 | R86 | D8602 | CVS09787 | 1/10/21 | 1841914 | Stalians, Kane | Kane | Stalians | 1/13/21 | 08:30 - 12:30 | Pharmacy Staff |
| D16 | R86 | D8602 | CVS09787 | 1/10/21 | 1789186 | Oganesian, Asmik | Asmik | Oganesian | 1/13/21 | 08:30 - 13:00 | Pharmacy Staff |
| D16 | R86 | D8602 | CVS09787 | 1/10/21 | 0635072 | Verdugo, Jene | Jene | Verdugo | 1/13/21 | 09:00 - 17:30 | Pharmacy Staff |
| D16 | R86 | D8602 | CVS09787 | 1/10/21 | 1585195 | Thwe, Yin | Yin | Thwe | 1/13/21 | 13:15 - 21:45 | Pharmacy Staff |
| D16 | R86 | D8602 | CVS09787 | 1/10/21 | 1275787 | Jajjawi, Tamara | Tamara | Jajjawi | 1/13/21 | 15:00 - 19:00 | Pharmacy Staff |
| D16 | R86 | D8602 | CVS09787 | 1/10/21 | 1558778 | Aghasarian, Ani | Ani | Aghasarian | 1/13/21 | 16:00 - 23:00 | Pharmacy Staff |
| D16 | R86 | D8602 | CVS09787 | 1/17/21 | 1962078 | Aguilera, Veronica | Veronica | Aguilera | 1/19/21 | 11:30 - 20:00 | Beauty Service |
| D16 | R86 | D8602 | CVS09787 | 1/17/21 | 1602124 | Garcia, Guy | Guy | Garcia | 1/19/21 | 00:00 - 08:30 | Front Store Associate |
| D16 | R86 | D8602 | CVS09787 | 1/17/21 | 1552817 | Johnson, Joe | Joe | Johnson | 1/19/21 | 00:00 - 08:30 | Front Store Associate |
| D16 | R86 | D8602 | CVS09787 | 1/17/21 | 1495197 | Gomez, Edith | Edith | Gomez | 1/19/21 | 06:00 - 14:30 | Front Store Associate |
| D16 | R86 | D8602 | CVS09787 | 1/17/21 | 0586954 | Tavison, Annette | Annette | Tavison | 1/19/21 | 08:30 - 16:00 | Front Store Associate |
| D16 | R86 | D8602 | CVS09787 | 1/17/21 | 1774044 | Gevdzhyan, Hakop | Hakop | Gevdzhyan | 1/19/21 | 12:00 - 21:30 | Front Store Associate |
| D16 | R86 | D8602 | CVS09787 | 1/17/21 | 1793720 | Aytayan, Marine | Marine | Aytayan | 1/19/21 | 13:30 - 22:00 | Front Store Associate |
| D16 | R86 | D8602 | CVS09787 | 1/17/21 | 1497022 | Boghosian, Adrian | Adrian | Boghosian | 1/19/21 | 14:30 - 23:00 | Front Store Associate |
| D16 | R86 | D8602 | CVS09787 | 1/17/21 | 9982902 | Front Store TBD 2, FS09787 | FS09787 | Front Store TBD 2 | 1/19/21 | 15:30 - 00:00 | Front Store Associate |
| D16 | R86 | D8602 | CVS09787 | 1/17/21 | 0579472 | Martinez, Martha | Martha | Martinez | 1/19/21 | 22:30 - 07:00 | Front Store Associate |
| D16 | R86 | D8602 | CVS09787 | 1/17/21 | 1249762 | Samaan, Timon | Timon | Samaan | 1/19/21 | 07:00 - 15:30 | Pharmacist |
| D16 | R86 | D8602 | CVS09787 | 1/17/21 | 1304221 | Ro, Edward | Edward | Ro | 1/19/21 | 10:30 - 19:00 | Pharmacist |
| D16 | R86 | D8602 | CVS09787 | 1/17/21 | 1476130 | Hwang, Julia | Julia | Hwang | 1/19/21 | 14:30 - 23:00 | Pharmacist |
| D16 | R86 | D8602 | CVS09787 | 1/17/21 | 1790949 | Nagib, Mina Emad Azmy | Mina Emad Azmy | Nagib | 1/19/21 | 07:00 - 12:30 | Pharmacy Staff |
| D16 | R86 | D8602 | CVS09787 | 1/17/21 | 1013552 | Curiel, Maria | Maria | Curiel | 1/19/21 | 07:00 - 15:30 | Pharmacy Staff |
| D16 | R86 | D8602 | CVS09787 | 1/17/21 | 1789186 | Oganesian, Asmik | Asmik | Oganesian | 1/19/21 | 08:30 - 16:30 | Pharmacy Staff |
| D16 | R86 | D8602 | CVS09787 | 1/17/21 | 1585195 | Thwe, Yin | Yin | Thwe | 1/19/21 | 09:00 - 17:30 | Pharmacy Staff |
| D16 | R86 | D8602 | CVS09787 | 1/17/21 | 9983676 | Technician TBD 1, RX09787 | RX09787 | Technician TBD 1 | 1/19/21 | 13:30 - 18:00 | Pharmacy Staff |
| D16 | R86 | D8602 | CVS09787 | 1/17/21 | 0635072 | Verdugo, Jene | Jene | Verdugo | 1/19/21 | 14:30 - 23:00 | Pharmacy Staff |
| D16 | R86 | D8602 | CVS09787 | 1/17/21 | 1558778 | Aghasarian, Ani | Ani | Aghasarian | 1/19/21 | 15:30 - 20:30 | Pharmacy Staff |