Daniel F. Fears, Bar No. 110573
dff@paynefears.com
Andrew K. Haeffele, Bar No. 258992
akh@paynefears.com
Leilani E. Jones, Bar No. 298896
llj@paynefears.com
PAYNE & FEARS LLP
4 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212

Attorneys for Defendants GARFIELD BEACH CVS, LLC (erroneously sued as CVS Pharmacy, Inc.) GUY GARCIA and JOE JOHNSON

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ANOUSH BURMAYAN,

Plaintiff,

v.

CVS PHARMACY, INC., a corporation doing business in California, GUY GARCIA, an individual, JOE JOHNSON, an individual; CITY OF GLENDALE, Officer JAMES ROSS #22471, individually and as a peace officer, Officer GRIFFIN ARMENDARIZ #27999, individually and as a peace officer, and DOES 1-10,

Defendants.

Case No. 2:23-cv-01788 FMO-AGR

***DISCOVERY MATTER***

**DECLARATION OF MATTHEW WALTON**

Date: February 6, 2024
Time: 10:30 a.m.
Crtrm: 550
Judge: Hon. Alicia G. Rosenberg

Action Filed: January 6, 2023
Trial Date: September 24, 2024

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

**DECLARATION OF MATTHEW WALTON**

I, Matthew Walton, declare as follows:

1. I am currently employed by Sedgwick Claims Management ("Sedgwick"), and have been a Sedgwick employee for nearly 20 years. My current job title is Complex Claims Advisor. My previous job title was Examiner.

2. I have personal knowledge of the facts set forth below, or knowledge based upon my access to information and records maintained in the regular course of Sedgwick's business. If called and sworn as a witness, I could and would competently testify to these facts.

3. Among other responsibilities, Sedgwick partners with companies to evaluate and investigate third party claims. Between 2018 and 2022, I was specifically tasked with investigating various employee and customer claims for CVS.

4. As an Examiner, I received notification of claims from a member of CVS's internal Risk Management Team, with a directive to investigate (*i.e.*, customer complaint, customer injury). As part of my process, I would open each claim in our reporting platform ("Sedgwick viaOne"), and would document notes, actions, correspondence, and other relevant events in that platform. This chronological log is referred to as the "Risk Notes."

5. When conducting investigations for CVS, I regularly partnered with store-level employees (generally, managers) to provide statements, collect

statements, review security video, and coordinate interviews with other CVS employees who may have witnessed whatever incident gave rise to the claim.

6. Attached hereto as **Exhibit A** is a true and correct copy of the Risk Notes for Claim No. 402105D0G54-001, initiated by Anoush Burmayan on or around May 21, 2021. I was the Sedgwick Examiner for this claim between May 2021 and May 2022.

7. The Risk Notes detail the steps I took to identify and preserve evidence and information, including, surveillance video of the claim initiated by Ms. Burmayan:

- **May 24, 2021:** Sedgwick received the claim on May 20, 2021, via an attorney letter. I was assigned as the Examiner on May 24, 2021. I read the attorney's letter and attempted to order the police report. I then called the subject store.

- **May 24, 2021:** I spoke with the manager on duty, Edith Gomez. I explained what I was looking for. Edith went into the office to view the surveillance video while we were on the phone. We discussed the alleged January 19, 2021 incident at length, and Edith identified when and where Ms. Burmayan was located in the video. She noted every camera angle on which Ms. Burmayan appeared. I then took those notes and prepared a "Surveillance Template" requesting specific video for January 19, 2021.

- **May 25, 2021**: CVS, in receipt of my surveillance template, downloaded and sent me the requested video for January 19, 2021. I saved it to my computer.

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

- **May 26 – June 22, 2021**: I interviewed store witnesses, received and reviewed the police report for January 19, 2021, and continued noting my findings in the Risk Notes.

- **June 24, 2021**: I called Ms. Gomez again at the store, seeking any video of the incident on January 13, 2021. Ms. Gomez and I again spoke on the phone. We discussed the alleged January 13, 2021 incident at length, and Edith identified when and where Ms. Burmayan was located in the video. She noted every camera angle on which she appeared. I then took those notes and prepared a "Surveillance Template" requesting specific video for January 19, 2021.

- **June 25, 2021**: CVS, in receipt of my surveillance template, downloaded and sent me the requested video for January 13, 2021. I saved it to my computer.

- **July 26, 2021**: I contacted Ms. Burmayan's attorney seeking information on any other specific times she was in the store on either day, and seeking copies of any police reports for January 13, 2021. After I was informed he was no longer representing Ms. Burmayan, I emailed her new attorney, who indicated she would "attempt to obtain more concise times [Ms. Burmayan] was in the store."

- **July 27, 2021**: I received and reviewed a written statement from Ms. Burmayan, through her attorney, containing her version of events. I compared it to my notes and the video to confirm the dates and times lined up. There was no additional information that would suggest more/different footage was necessary to evaluate the claim.

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

- **October 13, 2021**: I spoke with Ms. Burmayan's counsel to further discuss the case. She offered no additional information that would suggest more/different footage was necessary to evaluate the claim. She merely stated that part of her claim was against the police and City of Glendale for their interaction with her client after she was escorted from the store. Notably, because CVS does not have any surveillance cameras outside of the store, there was no additional video CVS could provide that would have captured what occurred after Ms. Burmayan exited the store.

8. At no time at the outset, or at any time during my investigation, did Ms. Gomez and I discuss excluding any video surveillance that depicted Ms. Burmayan. I did not instruct Ms. Gomez to exclude any video of Ms. Burmayan whatsoever. Nor did I tell CVS to exclude video of Ms. Burmayan from the portions I requested for download.

9. It was always my intention to conduct a complete and thorough investigation of this claim, and that included identifying and downloading any and all relevant surveillance footage for both January 13, 2021 and January 19, 2021.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and executed on this 23rd day of January, 2024, at Fairfield, California.

Matthew Walton
Matthew Walton (Jan 23, 2024 13:27 CST)
Matthew Walton

4882-6758-7487.3

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

# Walton Decl. - Spoliation Burmayan

Final Audit Report 2024-01-23

| | |
|---|---|
| Created: | 2024-01-23 |
| By: | Leilani Livingston (llj@paynefears.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAhHolFojccfzWwrID8DJVDHuExbZp693o |

## "Walton Decl. - Spoliation Burmayan" History

Document created by Leilani Livingston (llj@paynefears.com)
2024-01-23 - 7:26:27 PM GMT- IP address: 68.66.128.70

Document emailed to matthew.walton@sedgwick.com for signature
2024-01-23 - 7:26:46 PM GMT

Email viewed by matthew.walton@sedgwick.com
2024-01-23 - 7:27:14 PM GMT- IP address: 104.47.74.126

Signer matthew.walton@sedgwick.com entered name at signing as Matthew Walton
2024-01-23 - 7:27:51 PM GMT- IP address: 73.202.184.158

Document e-signed by Matthew Walton (matthew.walton@sedgwick.com)
Signature Date: 2024-01-23 - 7:27:53 PM GMT - Time Source: server- IP address: 73.202.184.158

Agreement completed.
2024-01-23 - 7:27:53 PM GMT