Daniel F. Fears, Bar No. 110573
dff@paynefears.com
Andrew K. Haeffele, Bar No. 258992
akh@paynefears.com
Leilani E. Jones, Bar No. 298896
llj@paynefears.com
PAYNE & FEARS LLP
4 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212

Attorneys for Defendants GARFIELD BEACH CVS, LLC (erroneously sued as CVS Pharmacy, Inc.) GUY GARCIA and JOE JOHNSON

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANOUSH BURMAYAN,<br><br>Plaintiff,<br><br>v.<br><br>CVS PHARMACY, INC., a corporation doing business in California, GUY GARCIA, an individual, JOE JOHNSON, an individual; CITY OF GLENDALE, Officer JAMES ROSS #22471, individually and as a peace officer, Officer GRIFFIN ARMENDARIZ #27999, individually and as a peace officer, and DOES 1-10,<br><br>Defendants. | Case No. 2:23-cv-01788 FMO-AGR<br><br>***DISCOVERY MATTER***<br><br>**SUPPLEMENTAL DECLARATION OF TIM CAREY**<br><br>Date: February 20, 2024<br>Time: 9:00 a.m.<br>Crtrm: 550<br>Judge: Hon. Alicia G. Rosenberg<br><br>Action Filed: January 6, 2023<br>Trial Date: September 24, 2024 |

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

# DECLARATION OF TIM CAREY

I, Tim Carey, declare as follows:

1. I am currently employed by CVS, and have worked for CVS since approximately 2013. My job title is CCTV Analyst, and I have been in this role for approximately 2 years. My previous job title was Analyst, CVS Security Operations Center.

2. I have personal knowledge of the facts set forth below, or knowledge based upon my access to information and records maintained in the regular course of CVS's business. If called and sworn as a witness, I could and would competently testify to these facts.

3. As stated in my previous declaration, I am familiar with the video surveillance systems in CVS's California retail locations and have personal knowledge regarding how those systems function, record, and retain video—as well as how footage is later accessed and downloaded. The cameras in CVS Store No. 9787 cover 20 sections of the Store:

| | |
|---|---|
| Front Door | Rx Reg Area |
| FS Reg 4/3/2/1 | Rx Drive Thru |
| Aco | Rx Fill |
| Reg Front View | Rx Drive Thru Exterior |
| Cosmetics | Rx Bay 1 |
| Photo | Rx Bay 2 |
| Cosmetics Wall | Rx Bay 4 |
| Liquor | Rx Bay 5 |
| Office | Rx Drop Off |
| Stock Room | Rx Consultation |
| Receiving | |

4. I have reviewed the Risk Notes regarding the claim filed by Anoush Burmayan, which included a "surveillance template" prepared by a Sedgwick Examiner regarding relevant camera footage for download.

5. The Risk Notes indicate that the Sedgwick Examiner identified the following cameras as relevant to the January 13, 2021 incident: "Front Door," "ACO," "Cosmetics 1," "Cosmetics 2," and "Hair."

6. Note: It appears the numbers used in the surveillance template are different than the camera numbers originally assigned when the CCTV system was installed. This is not uncommon, as many store level employees do not have full system access. That is why – when identifying camera footage with the retail stores – Analysts use camera names or descriptions over the numbers.

7. The Analysis that downloaded surveillance video from January 13, 2021, did so for the following sections of the store: Front Door, ACO, Cosmetics and Cosmetics Wall. The term "hair" is not used to describe any section of Store No. 9787. Hair products are located in the cosmetics section of the Store. Both cosmetics camera angles were downloaded.

8. Other than the camera pointed toward the liquor area of the store ("Liquor"), all camera angles covering aisles in Store 9787 were downloaded.

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and executed on this 14____ day of February, 2024, in Rhode Island.

Tim carey
Tim carey (Feb 14, 2024 01:53 EST)
Tim Carey

4884-0285-4565.2

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

# Suppl Carey Decl. Burmayan

Final Audit Report 2024-02-14

| | |
|---|---|
| Created: | 2024-02-13 |
| By: | Leilani Livingston (llj@paynefears.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAJD81UILzZ50W_6yb3Qs8M52ravX9-TYn |

## "Suppl Carey Decl. Burmayan" History

- Document created by Leilani Livingston (llj@paynefears.com)
  2024-02-13 - 11:54:57 PM GMT- IP address: 68.66.128.70

- Document emailed to tim.carey@cvshealth.com for signature
  2024-02-13 - 11:55:09 PM GMT

- Email viewed by tim.carey@cvshealth.com
  2024-02-14 - 6:50:37 AM GMT- IP address: 93.180.207.27

- Signer tim.carey@cvshealth.com entered name at signing as Tim carey
  2024-02-14 - 6:53:24 AM GMT- IP address: 192.160.146.198

- Document e-signed by Tim carey (tim.carey@cvshealth.com)
  Signature Date: 2024-02-14 - 6:53:26 AM GMT - Time Source: server- IP address: 192.160.146.198

- Agreement completed.
  2024-02-14 - 6:53:26 AM GMT