Daniel F. Fears, Bar No. 110573
dff@paynefears.com
Andrew K. Haeffele, Bar No. 258992
akh@paynefears.com
Leilani E. Jones, Bar No. 298896
llj@paynefears.com
PAYNE & FEARS LLP
4 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212

Attorneys for Defendants GARFIELD BEACH CVS, LLC (erroneously sued as CVS Pharmacy, Inc.) GUY GARCIA and JOE JOHNSON

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANOUSH BURMAYAN,<br><br>Plaintiff,<br><br>v.<br><br>CVS PHARMACY, INC., a corporation doing business in California, GUY GARCIA, an individual, JOE JOHNSON, an individual; CITY OF GLENDALE, Officer JAMES ROSS #22471, individually and as a peace officer, Officer GRIFFIN ARMENDARIZ #27999, individually and as a peace officer, and DOES 1-10,<br><br>Defendants. | Case No. 2:23-cv-01788 FMO-AGR<br><br>Honorable Fernando M. Olguin<br><br>**DECLARATION OF LEILANI E. JONES**<br><br>Judge: Hon. Fernando M. Olguin<br>Date: October 23, 2025<br>Time: 10:00 am<br>Crtrm.: 6D<br><br>Action Filed: January 6, 2023<br>Trial Date: July 1, 2025 |

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

# DECLARATION OF LEILANI E. JONES

I, Leilani E. Jones, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner with the law firm Payne & Fears LLP, attorneys of record for Defendants Garfield Beach CVS, LLC (erroneously sued as CVS Pharmacy, Inc.); Guy Garcia and Joe Johnson (collectively, "Defendants" or "CVS"). I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein. I am making this declaration in support of CVS' Motion for Summary Judgment or, in the alternative, Partial Summary Judgment ("Motion").

2. A true and correct copy Plaintiff's April 1, 2024 Responses to Requests for Admission Propounded by Defendants, Set 1, are attached as **Exhibit A**.

3. A true and correct copy of excerpts from Plaintiff Anoush Burmayan's October 11, 2023 and February 19, 2024 Deposition Transcripts are attached as **Exhibit B**.

4. On July 26, 2023, my office issued a subpoena to Nelson L. Flores, Psy.D and Ted Tribble, M.D. True and correct copies of those subpoenas for medical records are attached as **Exhibit C**.

5. The custodian of records for Nelson L. Flores, Psy.D and Ted Tribble, M.D. produced documents which I reviewed and maintained at my office. True and correct copies of the Custodian of Records Declarations from Nelson L. Flores, Psy.D and Ted Tribble, M.D. offices are attached as **Exhibit D**.

6. A true and correct copy of a December 10, 2020 "Psychological Testing Report" from Dr. Nelson L. Flores, produced pursuant to the above-referenced subpoena, is attached as **Exhibit E**.

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

7. A true and correct copy of a January 4, 2021"Doctor's First Report of Occupational Injury or Illness" from Dr. Ted Tribble, produced pursuant to the above-referenced subpoena, is attached as **Exhibit F**.

8. A true and correct copy of a January 4, 2021"Primary Treating Physician's Basic Comprehensive Psychological Med-Legal Evaluation Report" by Dr. Ted Tribble, produced pursuant to the above-referenced subpoena, is attached as **Exhibit G**.

9. A true and correct copy of a January 4, 2021"Progress Note" by Dr. Ted Tribble, produced pursuant to the above-referenced subpoena, is attached as **Exhibit H**.

10. A true and correct copy of a January 12, 2021"Progress Note" by Dr. Ted Tribble, produced pursuant to the above-referenced subpoena, is attached as **Exhibit I**.

11. A true and correct copy of Plaintiff's Social Media Postings are attached as **Exhibit J**.

12. On July 7, 2023, my office issued a subpoena to Tobin Lucks. True and correct copies of those subpoenas for medical records are attached as **Exhibit K**.

13. A March 15, 2012 Initial Comprehensive Primary Treating Physician's Report, by B. Sam Tabibian, MD, QME, was produced pursuant to that subpoena. A true and correct copy is attached as **Exhibit L**.

14. An August 20, 2020, Foundation Medical Group Primary Treating Physician's Initial Orthopedic Comprehensive Report, by Dr. Khalid B. Ahmed, was produced pursuant to that subpoena. A true and correct copy is attached as **Exhibit M**.

15. A September 11, 2020, Cedars-Sinai Medical Group Record, by Dr. Stephanie Tran, was produced pursuant to that subpoena. A true and correct copy is attached as **Exhibit N**.

/ / /

16. A true and correct copy of excerpts from Griffin Armendariz's October 10, 2023 Deposition Transcript are attached as **Exhibit O**.

17. A true and correct copy of excerpts from James Ross's November 21, 2023 Deposition Transcript are attached as **Exhibit P**.

18. A true and correct copy of excerpts from Joe Johnson's October 19, 2023's Deposition Transcript are attached as **Exhibit Q**.

19. A true and correct copy of excerpts from Guy Garcia's October 27, 2023's Deposition Transcript are attached as **Exhibit R**.

20. Pursuant to Local Rule 7-3, I initially contacted Plaintiff's counsel on June 26, 2025, to meet and confer about the substance of this motion. A true and correct copy of this email and all follow-up correspondence is attached hereto as **Exhibit S**. The correspondence shows Plaintiff's counsel's repeated refusal to adhere to the Local Rules and participate in a pre-filing conference in good faith:

- I requested a time to speak with Plaintiff in **June 2025**; she never responded, indicating her refusal to participate in the required conference.
- I renewed my request to schedule a conference on **September 8, 2025** – more than a week before filing the instant motion.
- Plaintiff's counsel refused to conference with me until I sent her a "detailed letter."
- After providing my availability for a conference on numerous days, Plaintiff's counsel never responded or agreed to meet and confer.
- Instead, counsel ignored my request altogether and responded on **September 11, 2025** that Plaintiff would file a Motion to Amend—which she did two (2) days later, without requesting a conference of counsel.

/ / /

/ / /

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct. Executed on this 22nd day of September, 2025, in Irvine, California.

LEILANI E. JONES

4857-9326-3095.2

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100