# EXHIBIT A

Narine Mkrtchyan (243269)
MKRTCHYAN LAW
P.O. Box 2288
Toluca Lake, CA 91610
Tel. (818) 388-7022
E-mail: narine57@gmail.com

Attorney for Plaintiff Anoush Burmayan

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANOUSH BURMAYAN,<br>Plaintiff,<br>vs.<br>CVS PHARMACY, INC., a corporation doing business in California, GUY GARCIA, an individual, JOE JOHNSON, an individual; CITY OF GLENDALE, Officer JAMES ROSS #22471, individually and as a peace officer, Officer GRIFFIN ARMENDARIZ #27999, individually and as a peace officer, and DOES 1-10,<br>Defendants. | Case No 2:23-cv-01788 FMO-AGR<br>Honorable Fernando M. Olguin<br><br>**PLAINTIFF ANOUSH BURMAYAN'S RESPONSES TO DEFENDANT GARFIELD BEACH CVS, LLC'S REQUESTS FOR ADMISSIONS** |

PROPOUNDING PARTY: Defendant CITY OF GLENDALE

RESPONDING PARTY: Plaintiff ANOUSH BURMAYAN

SET NUMBER: One

Plaintiff Anoush Burmayan hereby answers Defendant Garfield Beach CVS, LLCs's Requests for Admissions as follows:

The following responses are provided without prejudice to responding party's right to introduce, possibly up and at trial, subsequently discovered

evidence, as discovery is continuing and has not been completed. In complying with this request for interrogatories, the responding party will answer all requests based upon information within their possession, custody, or control as of the date of the responding to the request for production. In this regard, it is noted that certain document requests otherwise within the general scope of the requested information may be in the possession of parties other than the responding parties. Moreover, because discovery is continuing, the responding parties reserve their right to amend their responses as new and additional information is obtained. On that basis, the Plaintiff may amend, revise, correct, supplement, and/or clarify any of the responses herein, pursuant to any facts or information gathered at any time subsequent to the date of these responses. Most importantly, these responses may be altered or more fully explained in the future as more discovery and investigation is completed.

## REQUESTS FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1:**

Admit that YOU do not possess a medical note from any MEDICAL PROFESSIONAL, dated before January 19, 2021, that states YOU did not have to wear a face mask or face covering over the nose and mouth.

**SUPPLEMENTAL RESPONSE TO ADMISSION NO. 1:**

Deny.

Plaintiff has a variety of medical notes regarding her disability and her inability to wear a face mask that she cannot currently locate but has produced what is in her custody, control and possession. See Plaintiff's Supplemental Disclosures and Expert Witness Disclosures.

**REQUEST FOR ADMISSION NO. 2:**

Admit that YOU do not possess a medical note from any MEDICAL PROFESSIONAL, dated before January 19, 2021, with any restriction about wearing or not wearing face masks or face covering.

**SUPPLEMENTAL RESPONSE TO ADMISSION NO. 2:**

Deny.

Plaintiff has a variety of medical notes regarding her disability and her inability to wear a face mask that she cannot currently locate but has produced what is in her custody, control and possession. See Plaintiff's Supplemental Disclosures and Expert Witness Disclosures.

**REQUEST FOR ADMISSION NO. 3:**

Admit that YOU do not possess a medical note from Dr. Ted Tribble, dated before January 19, 2021, that states YOU did not have to wear a face mask or face covering over your nose and mouth.

**SUPPLEMENTAL RESPONSE TO ADMISSION NO. 3:**

Deny.

Plaintiff has a variety of medical notes regarding her disability and her inability to wear a face mask that she cannot currently locate but has produced what is in her custody, control and possession. See Plaintiff's Supplemental Disclosures and Expert Witness Disclosures.

**REQUEST FOR ADMISSION NO. 4:**

Admit that YOU do not possess a medical note from Dr. Ted Tribble, dated before January 19, 2021, with any restriction about wearing or not wearing face masks or face coverings.

**SUPPLEMENTAL RESPONSE TO ADMISSION NO. 4:**

Deny.

Plaintiff has a variety of medical notes regarding her disability and her inability to wear a face mask that she cannot currently locate but has produced what is in her custody, control and possession. See Plaintiff's Supplemental Disclosures and Expert Witness Disclosures.

**REQUEST FOR ADMISSION NO. 5:**

Admit that YOU do not possess a medical note from Dr. Nelson Flores, dated before January 19, 2021, that states YOU did not have to wear a face mask or face covering over your nose and mouth.

**SUPPLEMENTAL RESPONSE TO ADMISSION NO. 5:**

Deny.

Plaintiff has a variety of medical notes regarding her disability and her inability to wear a face mask that she cannot currently locate but has produced what is in her custody, control and possession. See Plaintiff's Supplemental Disclosures and Expert Witness Disclosures.

**REQUEST FOR ADMISSION NO. 6:**

Admit that YOU do not possess a medical note from Dr. Nelson Flores, dated before January 19, 2021, with any restriction about wearing or not wearing face masks or face coverings.

**SUPPLEMENTAL RESPONSE TO ADMISSION NO. 6:**

Deny.

Plaintiff has a variety of medical notes regarding her disability and her inability to wear a face mask that she cannot currently locate but has produced

what is in her custody, control and possession. See Plaintiff's Supplemental Disclosures and Expert Witness Disclosures.

DATED: April 1, 2024 **MKRTCHYAN LAW**

By /s/________________
Narine Mkrtchyan
Attorney for Plaintiff
Anoush Burmayan

**PROOF OF SERVICE**

**Anoush Burmayan v. CVS PHARMACY, et al.**

STATE OF CALIFORNIA COUNTY OF LOS ANGELES

I am employed in the aforesaid county, State of California; I am over eighteen years of age and not a party to the within action; my business address is P.O. Box 2288, Toluca Lake, CA 91610.

On April 1, 2024________________, I served the foregoing ***PLAINTIFF'S SUPPLEMENTAL RESPONSES TO CVS PHARMACY REQUEST FOR ADMISSIONS, SET ONE, NOS. 1-6*** on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope addressed as follows:

Michael Garcia, City Attorney
Ann M. Maurer,
Edward Kang,
613 E. Broadway, Suite 220
Glendale, CA 91206

Daniel F. Fears
Andrew K. Haeffele
Leilani E. Jones
PAYNE & FEARS LLP
Attorneys at Law
4 Park Plaza, Suite 1100
Irvine, California 92614

_XX_ BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation or postage meter date is more than one day after date of deposit for mailing in affidavit.

BY PERSONAL SERVICE: I caused to be delivered such document(s)by hand to the person(s) stated above.

XX (Federal/State) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 1, 2024_________at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

______________________________ Narine Mkrtchyan