# EXHIBIT D

| | |
|---|---|
| *Attorney* *Telephone No:* (949) 851-1100<br><br>Leilani E. Jones, Esq. Bar Number: 298896<br>Payne & Fears LLP<br>4 Park Plz., Ste. 1100<br>Irvine, CA. 92614<br>*Attorney for:* Defendant, Garfield Beach CVS, LLC | *For Court Use Only* |
| *Insert name of Court and Judicial District and Branch Court:*<br>United States District Court - Central | |
| *Plaintiff:* Anoush Burmayan<br>*Defendant:* Garfield Beach CVS, LLC, et al. | |
| **DECLARATION OF CUSTODIAN OF RECORDS** | *Case Number:*<br>2:23-CV-017888-FMO-AGR |

**The Custodian of Records, or other qualified witness, for:**
Custodian of Records for Nelson L. Flores, Psy.D. (714) 972-0040
**Declares as shown below in response to the Deposition Subpoena for Business Records scheduled as follows:**

To: Bosco Legal Services, Inc., (951) 353-8281, FAX: (951) 353-8286, On: 07/26/2023, At: 10:00 AM
Location: 4651 Brookhollow Cir., Ste. C, Riverside, CA 92509

**Regarding records pertaining to: Anoush Burmayan, Birthdate 08/28/975**

1. [x] CERTIFICATION OF RECORDS *(Custodian's Initials* NA *)*
   a. I am a duly authorized Custodian of Records, or other qualified witness, for the above-named business. As such I have the authority to certify these records.
   b. The photocopied records submitted herewith are true copies of all the records described in the Subpoena Duces Tecum, Deposition Subpoena, or Authorization for Records.
   c. To the best of my knowledge, all such records were prepared or compiled by the personnel of the above-named business in the ordinary course of business, at or near the time of the acts, conditions, or events recorded.
   d. No documents have been withheld in order to avoid their being photocopied. If we have only part of the records described in the Subpoena Duces Tecum, Deposition Subpoena, or Authorization for Records, such records as are available are provided.
2. [ ] CERTIFICATION OF NO RECORDS *(Custodian's initials:* ______ *)*
   Reason for NO RECORDS ______
   a. A thorough search has been made for the documents described in the Subpoena Duces Tecum, Deposition Subpoena, or Authorization for Records and, based on the information provided to me for identification, no such records were found.
   b. It is understood that such records could exist under another spelling, name or classification, but with the information furnished to our office, and to the best of our knowledge, no such records exist in our files.
3. [ ] CERTIFICATION OF X-RAY(S), MRI(S), OR CAT SCANS *(Custodian's initials:* ______ *)*
4. [x] CERTIFICATION OF NO X-RAY(S), MRI(S), OR CAT SCANS *(Custodian's initials:* NA *)*
   Reason for NO X-RAYS, MRI(S), or CAT Scans ______
5. [x] CERTIFICATION OF BILLING RECORDS *(Custodian's initials:* ______ *)*
6. [ ] CERTIFICATION OF NO BILLING RECORDS *(Custodian's initials:* ______ *)*
   Reason for NO BILLING RECORDS ______

I declare under penalty of perjury that the foregoing is true and correct, and this declaration was

executed on (date): 7/26/23 at (place) SA, CA
Print Name Nancy Aguilar Signature [signature]

**AFFIDAVIT OF PROFESSIONAL PHOTOCOPIER**

**Pursuant to Section 22462 of Business and Professions Code**

I declare that I am the attorney's representative and that the attached records are complete and true copy of the records delivered to me by the Custodian of Records of the within named location and will be distributed to the authorized persons or entities. The method of Reproduction was: **Copied Originals.**

Date 7/27/23 Signature [signature]

| Attorney Telephone No: (949) 851-1100<br><br>Leilani E. Jones, Esq. Bar Number: 298896<br>Payne & Fears LLP<br>4 Park Plz., Ste. 1100<br>Irvine, CA. 92614<br>Attorney for: Defendant, Garfield Beach CVS, LLC | For Court Use Only |
|---|---|
| Insert name of Court and Judicial District and Branch Court:<br>United States District Court - Central | |
| Plaintiff: Anoush Burnayan<br>Defendant: Garfield Beach CVS, LLC, et al. | |
| **DECLARATION OF CUSTODIAN OF RECORDS** | Case Number:<br>2:23-CV-01788-FMO-AGR |

**The Custodian of Records, or other qualified witness, for:**
Custodian of Records for Dr. Ted Tribble (714) 972-0040
**Declares as shown below in response to the Deposition Subpoena for Business Records scheduled as follows:**

To: Bosco Legal Services, Inc., (951) 353-8381, FAX: (951) 353-8286 . On: 07/26/2023 , At: 10:00 AM
Location: 4651 Brookhollow Cir., Ste. C, Riverside, CA 92509

**Regarding records pertaining to: Anoush Burnayan, Birthdate 08/28/975**

1. ☑ CERTIFICATION OF RECORDS *(Custodian's Initials* ______________ *)*
   a. I am a duly authorized Custodian of Records, or other qualified witness, for the above-named business. As such I have the authority to certify these records.
   b. The photocopied records submitted herewith are true copies of all the records described in the Subpoena Duces Tecum, Deposition Subpoena, or Authorization for Records.
   c. To the best of my knowledge, all such records were prepared or compiled by the personnel of the above-named business in the ordinary course of business, at or near the time of the acts, conditions, or events recorded.
   d. No documents have been withheld in order to avoid their being photocopied. If we have only part of the records described in the Subpoena Duces Tecum, Deposition Subpoena, or Authorization for Records, such records as are available are provided.
2. ☐ CERTIFICATION OF NO RECORDS *(Custodian's initials:* ______________ *)*
   Reason for NO RECORDS ______________
   a. A thorough search has been made for the documents described in the Subpoena Duces Tecum, Deposition Subpoena, or Authorization for Records and, based on the information provided to me for identification, no such records were found.
   b. It is understood that such records could exist under another spelling, name or classification, but with the information furnished to our office, and to the best of our knowledge, no such records exist in our files.
3. ☐ CERTIFICATION OF X-RAY(S), MRI(S), OR CAT SCANS *(Custodian's initials:* ______________ *)*
4. ☑ CERTIFICATION OF NO X-RAY(S), MRI(S), OR CAT SCANS *(Custodian's Initials:* NA *)*
   Reason for NO X-RAYS, MRI(S), or CAT Scans ______________
5. ☑ CERTIFICATION OF BILLING RECORDS *(Custodian's Initials:* ______________ *)*
6. ☐ CERTIFICATION OF NO BILLING RECORDS *(Custodian's initials:* ______________ *)*
   Reason for NO BILLING RECORDS ______________

I declare under penalty of perjury that the foregoing is true and correct, and this declaration was

executed on (date): 7/26/23 at (place) SA, CA

Print Name Nancy Aguilar Signature [signature]

**AFFIDAVIT OF PROFESSIONAL PHOTOCOPIER**

**Pursuant to Section 22462 of Business and Professions Code**

I declare that I am the attorney's representative and that the attached records are complete and true copy of the records delivered to me by the Custodian of Records of the within named location and will be distributed to the authorized persons or entities. The method of Reproduction was: Copied Originals.

Date 7-31-23 Signature [signature]

*PSYCHOLOGICAL ASSESSMENT SERVICES*

*CLINICAL & FORENSIC PSYCHOLOGY*

*2107 N. Broadway*
*Suite 207*
*Santa Ana, CA 92706*
*(714)972-0040*
*Fax (714)972-0477*

*Mailing & Billing Address:*
*P.O. Box 6299*
*Laguna Niguel, CA 92607*

DECLARATION

STATE OF CALIFORNIA, COUNTY OF Orange

I, Veronica L. Arriaga, employed by Bosco Legal Services, state that I copied all medical records pertaining to the care, treatment and examination, all office, emergency room, inpatient and outpatient charts, bills and records, from the first date of treatment to the present regarding Anoush Burmayan.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 07/26/23, at Santa Ana, California.

[signature]
Signature