# EXHIBIT E

# (Lodged Under Seal)