# EXHIBIT F

# (Lodged Under Seal)