# EXHIBIT G

# (Lodged Under Seal)