# EXHIBIT H

# (Lodged Under Seal)