# EXHIBIT I

# (Lodged Under Seal)