# EXHIBIT J

Facebook 4




| | |
|---|---|
| Post Date | Jun 30, 2021 |
| Capture Date | Apr 21, 2023 10:47AM GMT -0700 |
| Page Hash | ec509f56b8993a7d226f0f15b95ccf6b50eb4ded5e466f8dc1e031ff81ac2269 |
| URL | https://www.facebook.com/photo/?fbid=10158315031907901&set=pb.538797900.-2207520000. |

Facebook 8




| | |
|---|---|
| Post Date | Jul 15, 2021 |
| Capture Date | Apr 21, 2023 10:46AM GMT -0700 |
| Page Hash | f0930a6a61abbb17dad8b12f0f24047ab3013cf232f9c941f589f6e8603e9ebe |
| URL | https://www.facebook.com/photo/?fbid=10158343238127901&set=pb.538797900.-2207520000. |

Facebook 9



Anoush Phoenix
July 17, 2021 ·

**I am disgusted at my school psychologist friends. For 16 months you never spoke up about the harm vaccines and masks are doing to children! Shame! you don't deserve your title! I would prefer to risk it all than live like cowards like you !**

2 3 comments 1 share

| | |
|---|---|
| Post Date | Jul 17, 2021 |
| Capture Date | May 01, 2023 1:12PM GMT -0700 |
| Page Hash | 5214c45e894493bd3f0c332db2de8d69593d87ee5ae21283a00fd09f989e3071 |
| URL | https://www.facebook.com/anoush.burmayan/posts/pfbid02TdNdhoDJBQEPRXzKTeCDRMXTYEkpCHLBmFt9r5WgxMwMG8s8HG3csZdU76jtfn32l |

Facebook 11

**Anoush Phoenix**
July 19, 2021 ·

Good job parents , educators , and school psychologists. This is a result of your selfishness . Keep taking your ugly face selfies , paid vacations, and food pics . Your kids are suffering but you're hoeing around taking pics . I don't have kids and speak up more than you I can't be the only voice In this fight . Your selfishness has blood on your hands and your kids future will show exactly like This when they end up depressed drug addicted homicidal hoes like you 🤡 Anoush Phoenix



FOXLA.COM

**California 14-year-old, found covered in blood, allegedly killed mother, injured father in stabbing**

1 share

Note that the article referenced in this post was not produced, as it held little additional evidentiary value.

| | |
|---|---|
| Post Date | Jul 19, 2021 |
| Capture Date | May 01, 2023 12:50PM GMT -0700 |
| Page Hash | b1492dbdebaf4a6fb1bc2c14c20d327c30a4fe1174d01c6c741d946d5f93656f |
| URL | https://www.facebook.com/anoush.burmayan/posts/pfbid0eiQP8KzTrKacu9BygjRhTYzqpwgxJG8whbNA7cWQ2jVttRfUHmhtA7w568Hn2Fbkl |

Facebook 12

Anoush Phoenix
July 22, 2021 ·

Enjoy your last month of freedom/ restaurants are locking down again. Stores are clearing items off shelves. That's what you get for being p@@ssies and not putting up a fight. Don't say I didn't warn you
Anoush Phoenix

4 1 comment 1 share

| | |
|---|---|
| Post Date | Jul 22, 2021 |
| Capture Date | Apr 26, 2023 4:25PM GMT -0700 |
| Page Hash | b53cb1a8f9f3d2ec6fab303ce6a1377f0c6011f24b367a3df3e8d1187c1fee2f |
| URL | https://www.facebook.com/anoush.burmayan/posts/pfbid0WCzMa2czbq72CAi9zmJ6Ygpfp4hk8k1HiW1YZiD1ZVN35amwS8HpHtUK9R335Dzjl |

Facebook 13




| | |
|---|---|
| Post Date | Jul 23, 2021 |
| Capture Date | Apr 21, 2023 10:46AM GMT -0700 |
| Page Hash | afcd09a7e3eed694d66f5b8d0561cd07f6668293529cd1e12ed77de25e646470 |
| URL | https://www.facebook.com/photo/?fbid=10158358430892901&set=pb.538797900.-2207520000. |

Facebook 14

**Anoush Phoenix**
July 23, 2021 ·

Nazis in full force !! 🖕🖕🤡🤡




LOSANGELES.CBSLOCAL.COM

**Montclair To Require City Employees To Wear Vaccine Stickers To Work Without Masks**

👍 1

Note that the article referenced in this post was not produced, as it held little additional evidentiary value.

| | |
|---|---|
| Post Date | Jul 23, 2021 |
| Capture Date | May 01, 2023 1:20PM GMT -0700 |
| Page Hash | d621fbcfd783e4564774a5f08c6d1ca813d8d4e4e04bd83f6cb15dc470d6b876 |
| URL | https://www.facebook.com/anoush.burmayan/posts/pfbid0YCkmPW7oYoemhRLVGHtWAd7BzxgLATVkMhmFykLdrGn8pfwzEYzw11spkBAShMSEl |

Facebook 18



**Anoush Phoenix**
July 29, 2021 ·

Good job everyone so proud of all you school psychologists , parents, and teachers that spoke up (sarcasm ) You must love being someone's bitch ,tortured ,and in prison 🖕🖕🖕

LOSANGELES.CBSLOCAL.COM

**LAUSD To Require Students, Staff Be Tested For COVID Weekly When School Resumes This Fall**

1 share

| | |
|---|---|
| Post Date | Jul 29, 2021 |
| Capture Date | May 01, 2023 12:50PM GMT -0700 |
| Page Hash | d4e7a1366b5dbc830ba0cd8c4112e966189d33c188b62ade69af0f3895b2f07f |
| URL | https://www.facebook.com/anoush.burmayan/posts/pfbid02y1Nwc2LoXevMpb1fo851ZLpT761HUrW4asjPkgk1U2qovaUiB7bB2yrTNvmi7eoLl |

Facebook 22

**Anoush Phoenix**
August 5, 2021 ·

For all the idiots who got the poisonous jab 😂😂🤡🤡




NBCLOSANGELES.COM

**Moderna Says a 3rd Dose of Its COVID-19 Vaccine Will Be Needed Before Winter**

Vaccine maker Moderna believes people who received two doses of its COVID-19 vaccine will ...

Like Share

| | |
|---|---|
| Post Date | Aug 05, 2021 |
| Capture Date | Apr 24, 2023 10:53AM GMT -0700 |
| Page Hash | 177b531e75d5e4f82cd6be179bc5b7fcac0e541fa3a23fefbb0dfddc4b407f08 |
| URL | https://www.facebook.com/anoush.burmayan/posts/pfbid09a3bj5on9k4vtGJcegCM7AqLBx6bNyVrWzsiYgQE4gZvvFAtNZhaD5euW1xQ571Wl |

Facebook 24

**Anoush Phoenix**
August 9, 2021 ·

💯💯💯




3 2 shares

| | |
|---|---|
| Post Date | Aug 09, 2021 |
| Capture Date | May 01, 2023 10:45AM GMT -0700 |
| Page Hash | d7a5a90962b9476d87c79f9d31580b7004f593d45cff8b65c1f65274b9890377 |
| URL | https://www.facebook.com/anoush.burmayan/posts/pfbid02jGN3txHaHkeyxrjey9idJduQMk3sG7V6NhZaF1MCvvGaHQXLYwA8ynXXBWM9FRBUl |

Facebook 25

Anoush Phoenix
August 10, 2021 ·

🖕🖕🖕🖕🖕🖕🖕



LOSANGELES.CBSLOCAL.COM

**Long Beach Unified Requiring Teachers, Staff To Get COVID Vaccine Or Undergo Regular Testing**

Like Share

Note that the article referenced in this post was not produced, as it held little additional evidentiary value.

| | |
|---|---|
| Post Date | Aug 10, 2021 |
| Capture Date | May 01, 2023 1:22PM GMT -0700 |
| Page Hash | e6fb00f1fd56c4c959badeb56088909a46a6778a430343c2df77411dc435bcaf |
| URL | https://www.facebook.com/anoush.burmayan/posts/pfbid0sJURBAPr11JunxbXHBZYX87kUDCQTGYAkBPP7W5k3E6n9tSVax6JiRSYQtKUvaVql |

Facebook 28

**Anoush Phoenix**
August 18, 2021 ·

😂😂😂💯💯💯💯👍👍👍👍 to all my coward school psychologist, selfish parents and teacher so called friends . A big Fck you for not having the courage to speak up in replace of your comfortable vacations the last 18 months . Blood is on your hands and you will pay the price with your own children and other children in the future 🖕🖕🖕




**Carol Reynolds**
July 17, 2020 ·

14 1 comment

| | |
|---|---|
| Post Date | Aug 18, 2021 |
| Capture Date | May 01, 2023 1:19PM GMT -0700 |
| Page Hash | 15c45afe406b125109a4eb8b0443ae1f3b0e411e245ddfbdcb9d1c70711238ad |
| URL | https://www.facebook.com/anoush.burmayan/posts/pfbid0AeBztkeYnjyjJqQtgNrd61Q56ryfkB9vYszKY6yFvF6PHuYqjEdYndLPWx9aoxtrl |

Facebook 46

**Anoush Phoenix**
August 31, 2021 ·

To all the bitch selfish parents , teachers , and school psychologists who don't fight back you deserve the same shit will happen to you and your kids future when they grow up Fcked up because of you. Watch what happens to them in the next 10-15 years

LOSANGELES.CBSLOCAL.COM

**LAUSD Teachers Union Wants Mandatory COVID Vaccinations For All Eligible Students**

1 share

| Note that the article referenced in this post was not produced, as it held little additional evidentiary value. | |
|---|---|
| Post Date | Aug 31, 2021 |
| Capture Date | May 01, 2023 1:16PM GMT -0700 |
| Page Hash | fa2e219e98bc2e811fccfa26a01f93ff2f0de46748176ef1a9c247659d66b90f |
| URL | https://www.facebook.com/anoush.burmayan/posts/pfbid02yHyjnq4Ye6qazvJLkj22KUFSmB3wUZoNe7RfoSiwxkoDkZZedaXRKy4QrhHF3mSml |

Facebook 77

Anoush Phoenix
November 13, 2021 ·

For the blind sheep




BITCHUTE.COM

Stew Peters Show: Blood Doctor Discovered Self-Assembling Graphene/Nanobot Objects In The Vaccines

Like Share

Note that the article referenced in this post was not produced, as it held little additional evidentiary value.

| | |
|---|---|
| Post Date | Nov 13, 2021 |
| Capture Date | Apr 24, 2023 10:45AM GMT -0700 |
| Page Hash | 12ecdc6674628dd9af6f0e01e35ee23318fd83e7481a20ca43c08a5b4df29c8c |
| URL | https://www.facebook.com/anoush.burmayan/posts/pfbid0iVoYGNVnPaAbA5PFTyEgi6KHZyGZmfZ125oG56DZK2EEuGqQ4eMegi5HcGeRWcsol |

Facebook 81

**Anoush Phoenix**
December 7, 2021 ·

In memory of Brandy Vaughan . She was killed one year ago today for speaking the truth about the harm of vaccines Learn The Risk Learn the Risk: Learn the Risk - The REAL Risk Group Brandy Vaughan Learn The Risk -- Los Angeles Anoush Phoenix







2

| | |
|---|---|
| Post Date | Dec 07, 2021 |
| Capture Date | Apr 21, 2023 10:41AM GMT -0700 |
| Page Hash | 184466c3b37576ebb92bf229d69685003974678239 15bf9502e0465beae52854 |
| URL | https://www.facebook.com/anoush.burmayan/posts/pfbid029NU1wSM6xLio953QrHF7dPzAigWqnV21SRdEF1kHRZhALbkRvuR4xeLsczNaRFLXl |

Facebook 82

**Anoush Phoenix**
December 15, 2021 ·

This is the biggest bullshit I've seen in my life . Chd /perk LOST the lawsuit and yet they are claiming responsibility for why LAUSD board delayed the vaccine mandate for students . the board deleted because parents were not sending kids to school impacting attendance /it had NOTHING to do with the lawsuit . shame on you Chd #FalseProphets




Like Share

| | |
|---|---|
| Post Date | Dec 15, 2021 |
| Capture Date | May 01, 2023 1:20PM GMT -0700 |
| Page Hash | 1d5bed09989c6da1ee4ff28dab728394d8c5594a0686b9c745b2465dbd8a347a |
| URL | https://www.facebook.com/anoush.burmayan/posts/pfbid02aBrwPti6cw5dUUEMmnMvv8q29TG5ZL35Ce1Rt1XN8wfTedv3oNUmSm5hBbsnnW7Rl |

Facebook 83




| | |
|---|---|
| Post Date | Dec 16, 2021 |
| Capture Date | Apr 21, 2023 10:41AM GMT -0700 |
| Page Hash | 4ff73b33d3cf77d94310711cda5798b0dd5e526400e30e4c050897d84fc62292 |
| URL | https://www.facebook.com/photo/?fbid=10158599955462901&set=pb.538797900.-2207520000. |

Facebook 84

Anoush Phoenix
December 24, 2021 ·




RUMBLE.COM

**Breaking! Dr Zelenko Warns Of COVID Vaccine Mark of the Beast System**

Dr. Vladimir Zelenko http://zstacklife.com/alex joins The Alex Jones Show to expose the medic...

Like Share

Note that the article referenced in this post was not produced, as it held little additional evidentiary value.

| | |
|---|---|
| Post Date | Dec 24, 2021 |
| Capture Date | Apr 24, 2023 10:45AM GMT -0700 |
| Page Hash | e2e06c52d889a8861da8d94179c9f95b60d4f5138ec0b19d3482dd9301bfddd3 |
| URL | https://www.facebook.com/anoush.burmayan/posts/pfbid02BmiCknC9z4wS5YaJUhA7fMCYBLN86tnE5TPStwLXEpqdhe8NrvErxftdM8TQXjmFl |

Facebook 85

Anoush Phoenix
December 29, 2021 ·




Adrian-Constantin Cucu is with Eu Ra and 3 others.
November 18, 2021 ·

It's not about a virus it's about control

· See original · Rate this translation

11

2 shares

| | |
|---|---|
| Post Date | Dec 29, 2021 |
| Capture Date | Apr 21, 2023 11:22AM GMT -0700 |
| Page Hash | 4c191878bafa3c56194e0ff1cc3ab4058f8ed377fb4fe6596e0e641262d6bff9 |
| URL | https://www.facebook.com/anoush.burmayan/posts/pfbid02Jqnzt6JaVSCbXpfdveNC6SVXFv3BAW4DDmrcf485y36ddfiK3abcHKKj7wLUDperl |

Facebook 86

Anoush Phoenix
December 29, 2021 ·

Ya after I get arrested they annoyed this Fcking assholes

Fox 11 Los Angeles
December 29, 2021 ·

Cloth masks are typically ineffective at stopping the spread of virus particles. Instead, wear a surgical masks or N-95.



FOXLA.COM
Doctors advise against cloth masks to prevent spread of COVID-19

Like Share

Note that the article referenced in this post was not produced, as it held little additional evidentiary value.

| | |
|---|---|
| Post Date | Dec 29, 2021 |
| Capture Date | Apr 21, 2023 11:10AM GMT -0700 |
| Page Hash | 80ee7ab4ed6f5e281eb608265f7be88505239aab33800aecc05aceb7df6e7974 |
| URL | https://www.facebook.com/anoush.burmayan/posts/pfbid0eUrbZuSzyfeLR4Dsdz6P4w3hgL2qEjTtMKLHZRDtxWdhPQaoyaGa3gP9srGGwsjQl |

Facebook 88

Anoush Phoenix
December 30, 2021 ·




We Are Change Orlando
December 27, 2021 ·

Like Share

| | |
|---|---|
| Post Date | Dec 30, 2021 |
| Capture Date | Apr 21, 2023 11:36AM GMT -0700 |
| Page Hash | 11b4a983de7441e6fe3757b5b2776fa36f1de33c46bf9602c7000d64060402bb |
| URL | https://www.facebook.com/anoush.burmayan/posts/pfbid07Ah6xmr42oXhRmaSKjV9wXMEXeWsox4511eaY6n1W2UExww1anCn3E4RtvhXRCiYl |

Facebook 89

Anoush Phoenix
December 30, 2021 ·




Super Elite America
December 30, 2021 ·

2

| | |
|---|---|
| Post Date | Dec 30, 2021 |
| Capture Date | Apr 21, 2023 11:08AM GMT -0700 |
| Page Hash | aa78b024a2a8c560e9492afc8771529198b64c921f6e8dd765a7aec8c11c16a8 |
| URL | https://www.facebook.com/anoush.burmayan/posts/pfbid02ER9fHpgCpeos5DmTeua6Pr8hNvVgVtjDZ6AZFQqKHM8MgPrNpDSEgqZAcRAQErwMl |

Facebook 90

Anoush Phoenix
December 31, 2021 ·

🤣🤣🤣




County of Los Angeles
December 31, 2021 ·

COVID-19 hospitalizations are rising. With the increase in cases, we must also increase our protections. If you are not vaccinated or boosted, now is the time to do so to remain protected. Visit http://VaccinateLACounty.com for a vaccination site near you.

Like Share

| | |
|---|---|
| Post Date | Dec 31, 2021 |
| Capture Date | Apr 21, 2023 11:06AM GMT -0700 |
| Page Hash | 15df12d36e04955cdb6b2b658e40560c0c23b5a9854ac12eb3f1198acc9814bf |
| URL | https://www.facebook.com/anoush.burmayan/posts/pfbid0GBorbZ2WvbfMcFfiThNUcmAoodDZxHchQXvb1xHfADbMiTUrfFLEs5VCvKLDaGK5l |

Facebook 91

**Anoush Phoenix**
December 31, 2021 ·

🤡🤡🤡




**Brandon Alexander**
December 28, 2021 ·

1

1 share

| | |
|---|---|
| Post Date | Dec 31, 2021 |
| Capture Date | Apr 21, 2023 11:06AM GMT -0700 |
| Page Hash | 7a784ca2c391aa13b8c3ee3de6055826c1dbe2f9b9dfda20484a77f32046b91a |
| URL | https://www.facebook.com/anoush.burmayan/posts/pfbid02MTVBbbdXzogbaEA7KXTef7e1UAabXT89k6gHbdwdkxhSvghhwxJQvnokswA5XUqfl |

Facebook 92

Anoush Phoenix
January 1, 2022 ·

Peter Novak
January 1, 2022 ·

Biden stood there for months and claimed it was a "pandemic of the unvaccinated". That only the unvaccinated could get it or pass it to others. And now everyone knows that was a lie.

He said he would get all Americans out of Afghanistan. Another lie.

He said he would not mandate the vaax. Another lie.

He said the 2020 election was legit. Another lie.

Like Share

| | |
|---|---|
| Post Date | Jan 01, 2022 |
| Capture Date | Apr 21, 2023 11:05AM GMT -0700 |
| Page Hash | c444b5895a2f48e6a3f54e26a6be6d51d0b2ab7fe60be92ae54b937541ccf893 |
| URL | https://www.facebook.com/anoush.burmayan/posts/pfbid02Q3DMRTNYnqRApnxHncJkfSRq8gE5qR6ZUS7gEYBwc5eVWCyMAhu9kqCUvBVWfNhRl |

Facebook 93

Anoush Phoenix
January 1, 2022 ·

If you are a man wearing a mask ESPECIALLY while working out AND taking pics Not only do you look like a CLOWN but also a BITCH




8 2 comments

| | |
|---|---|
| Post Date | Jan 01, 2022 |
| Capture Date | Apr 21, 2023 11:05AM GMT -0700 |
| Page Hash | 815704fca12678b5be8905bc2656495b737600c32dd798ebea565dbeaeceabc8 |
| URL | https://www.facebook.com/anoush.burmayan/posts/pfbid02U7YXp2cqnWEVGrC1kSq1Pf8kaEVSaFPrzhHjGqJXTCvtXfTDzTrjQDGekeu4NPbil |

Facebook 94




| | |
|---|---|
| Post Date | Jan 03, 2022 |
| Capture Date | Apr 21, 2023 10:41AM GMT -0700 |
| Page Hash | 67fcc7310e7cf84a88c5f6485b00059f04472a129a5b84123bc33d35b49ace5f |
| URL | https://www.facebook.com/photo/?fbid=10158628633322901&set=pb.538797900.-2207520000. |

Facebook 95




| | |
|---|---|
| Post Date | Jan 04, 2022 |
| Capture Date | Apr 21, 2023 10:40AM GMT -0700 |
| Page Hash | 57c9372e19f9a52f10ec0d39a467ffbf06184453c6d6f00a8e89ee8e93ba50e2 |
| URL | https://www.facebook.com/photo.php?fbid=10158629673727901&set=pb.538797900.-2207520000.&type=3 |

Facebook 96

Anoush Phoenix
January 4, 2022 ·

🤣🤣




Tiffany Marie Long is in Reading, PA.
January 2, 2022 ·
This made my day! 😆

14 · 3 shares

| | |
|---|---|
| Post Date | Jan 04, 2022 |
| Capture Date | Apr 21, 2023 11:02AM GMT -0700 |
| Page Hash | 97cb43fc4de2d81b2e1a511fce4a20c9c686aef73b4454338a59b89c0eb7944b |
| URL | https://www.facebook.com/anoush.burmayan/posts/pfbid0khgmnkjU9nv5iY5SKBZYqeDzyn1KvaJjxDqZ8AUVD4HiPnzTaW8yRP7zbhAcHByDl |

Facebook 97

Anoush Phoenix
January 5, 2022 ·

🤣🤣




County of Los Angeles
January 5, 2022 ·

With surging cases and the circulation of the more contagious Omicron variant, it's important that we upgrade our masks to KN95, N95 or KF94 for more protection, especially in crowded settings. Visit http://ph.lacounty.gov/coronavirus for more info.

Like Share

| | |
|---|---|
| Post Date | Jan 05, 2022 |
| Capture Date | Apr 21, 2023 9:59AM GMT -0700 |
| Page Hash | ebc07e9e26090ec7402ebc7db08f2cf612d48fa3c6f6c808bd0546ea72e5ed36 |
| URL | https://www.facebook.com/anoush.burmayan/posts/pfbid0GFdYzeSdR2HvghaYCvYqtFVaoVH8BNJveG6SKJzkVBH2ngLeWf9CyNRyqsNDkmkUl |

Facebook 99

Anoush Phoenix

January 6, 2022 ·

NBC LA

January 5, 2022 ·

Just In: California is extending its indoor mask mandate to Feb. 15, state health officials say.



NBCLOSANGELES.COM

**California Extending Indoor Mask Mandate to Mid-February**

California is extending its indoor mask mandate to Feb. 15, state Health and Human Servic...

1

Note that the article referenced in this post was not produced, as it held little additional evidentiary value.

| | |
|---|---|
| Post Date | Jan 06, 2022 |
| Capture Date | Apr 21, 2023 9:49AM GMT -0700 |
| Page Hash | 8bfd83ccad61350c0effa7b7571e96a5538f0517711a0d1ea69213e754b07bba |
| URL | https://www.facebook.com/anoush.burmayan/posts/pfbid0RT1icUZuaF3f8hV5SvMatzesA9EoBBaZye3cPM7wqdwXDhp1Bgx3e5YyD5hmnCUbl |

Facebook 100

Anoush Phoenix
January 6, 2022 ·

KPCC
January 5, 2022 ·

COVID LATEST: California's indoor mask mandate will now go on for another month until at least Feb. 15.



LAIST.COM

**California Extends Statewide Indoor Masking Requirement To Feb. 15**

The order was extended over concerns about surging COVID-19 case numbers and more h...

Like Share

Note that the article referenced in this post was not produced, as it held little additional evidentiary value.

| | |
|---|---|
| Post Date | Jan 06, 2022 |
| Capture Date | Apr 21, 2023 9:48AM GMT -0700 |
| Page Hash | a9de7087fdb92bc8d03ab4249b24bb56a35bd57bbe871f5cbc69ac2933ee6df5 |
| URL | https://www.facebook.com/anoush.burmayan/posts/pfbid02xRC28Xo336fhJq1xSkBVgES7SmiCzVHoTnhTdNKT7mmaBne7uRXRwri5z5mnVVF4l |

Facebook 101

Anoush Phoenix
January 6, 2022 ·

🤣🤣

KCAL News
January 6, 2022 ·

#BREAKING: Los Angeles County health officials are reporting 37,215 new COVID-19 cases and 30 additional deaths. cbsloc.al/3F41wZk




LOSANGELES.CBSLOCAL.COM
LA County Reports 37,215 New COVID-19 Cases, 30 Additional Deaths

Like Share

Note that the article referenced in this post was not produced, as it held little additional evidentiary value.

| | |
|---|---|
| Post Date | Jan 06, 2022 |
| Capture Date | Apr 21, 2023 9:41AM GMT -0700 |
| Page Hash | b117850422a480c9ebbecc49e34eab125a084e05413e0b11e925551ef0ceae16 |
| URL | https://www.facebook.com/anoush.burmayan/posts/pfbid0Eusb17RzaUjCLL92pDwy9vDkeuPsXZL3doMaAoJZdqVsr9X3uiGP7Bn6hfEHz89cl |

Facebook 102

Anoush Phoenix
January 6, 2022 ·

🤣🤣




Los Angeles County Department of Public Health
January 6, 2022 ·

Know the numbers. These numbers show just how effective the vaccines are. #ShareTheFacts #VaccinateNow

Conozca los números. Estos números muestran cuán efectivas son las vacunas. #ComparteLosHechos #VacuneNow

See Translation

Like Share

| | |
|---|---|
| Post Date | Jan 06, 2022 |
| Capture Date | Apr 21, 2023 9:41AM GMT -0700 |
| Page Hash | cd54664f5ac8b3599db437f403c986b6d169e01ad1091c962a1e35b7cd71c850 |
| URL | https://www.facebook.com/anoush.burmayan/posts/pfbid02Wyeod3vwzaNXaWZdJ9PCCejgPoCCQRjtyo9HRQoZghFsuydEsHTpGBb6JdhEhV4il |

Facebook 103

Anoush Phoenix
January 7, 2022 ·

🤣🤣🤣

NBC LA
January 7, 2022 ·

Public health experts encourage upgrading your mask to protect against omicron.



NBCLOSANGELES.COM
What Masks Should Kids Be Wearing Now? Here's What Experts Say
With the omicron variant spreading, experts weigh in on the best masks to protect your ki...

Like Share

Note that the article referenced in this post was not produced, as it held little additional evidentiary value.

| | |
|---|---|
| Post Date | Jan 07, 2022 |
| Capture Date | Apr 21, 2023 9:41AM GMT -0700 |
| Page Hash | a18b925534a12d8a505660f4c9cde62e046f0063d9ee79f6d12f5d8a034828b9 |
| URL | https://www.facebook.com/anoush.burmayan/posts/pfbid028nPmwSWX9G6cAsnaSveHyUBcq4mh6zLRcVpmUDVC6Lyzn61Kc9H11Bw8LBrAU7jal |

Facebook 104

Anoush Phoenix
January 8, 2022 ·

🤣🤣




County of Los Angeles
January 8, 2022 ·

COVID-19 vaccines are safe, effective, and the best way to protect yourself, your classmates, your teachers, and your family. Visit VaccinateLACounty.com for more information on the COVID-19 vaccine. #TheRiskIsReal

1 · 1 share

| | |
|---|---|
| Post Date | Jan 08, 2022 |
| Capture Date | Apr 21, 2023 9:40AM GMT -0700 |
| Page Hash | 6c899cc3644ef3130fb08dd831c5872cfb0fa90035bdef76494e061c2e597e1a |
| URL | https://www.facebook.com/anoush.burmayan/posts/pfbid033uY9a5CyPgBRy32srELAguJyaypTN3VwFsNZCEAwQBMjqsbUMAnhxsvnmYgLQST4l |

Facebook 109

**Anoush Phoenix**
January 10, 2022 ·

🤣🤣




**County of Los Angeles**
January 10, 2022 ·

NEW: L.A. County Health Services is launching a program to increase and facilitate access to COVID-19 tests. The program will allow residents to pick up a PCR test kit and return it at designated locations. Results will be available within 24-48 hrs. Pick-up locations are open now.

Learn more: https://covid19.lacounty.gov/la-county-pick-up-testing...

😆 1

| | |
|---|---|
| Post Date | Jan 10, 2022 |
| Capture Date | Apr 21, 2023 9:37AM GMT -0700 |
| Page Hash | a093a2c81a3bd8d2a98e6c4dba64387d9f56a4d1cf263ebe6e5379e58e5e7bdd |
| URL | https://www.facebook.com/anoush.burmayan/posts/pfbid0DxHV9xGi3A5a8pBpug5dm44X242tkq8X3wtDn1Wf1ZpeKoDUHfBPTMNHfr6kSxRvl |

Facebook 110

Anoush Phoenix
January 11, 2022 ·

ABC News
January 11, 2022 ·

A third Chinese city has locked down its residents because of a COVID-19 outbreak, raising the number confined to their homes in China to about 20 million people.



ABCNEWS.GO.COM

**China locks down third city, raising affected to 20 million**

A third Chinese city has locked down its residents because of a COVID-19 outbreak, raising...

Like Share

Note that the article referenced in this post was not produced, as it held little additional evidentiary value.

| | |
|---|---|
| Post Date | Jan 11, 2022 |
| Capture Date | Apr 21, 2023 9:31AM GMT -0700 |
| Page Hash | c3c26b8aa4c1c49903cba033e8bfb4d600aac08b313d5d92656f38dd0e52ec22 |
| URL | https://www.facebook.com/anoush.burmayan/posts/pfbid025pH6e33i2qqypbsmER8jJFV1gQ6ANadN9H7iTXJ989m7RsiydMGSyJUxtycikBYwl |

Facebook 111

Anoush Phoenix
January 14, 2022 ·

ABC News
January 14, 2022 ·

Students are walking out of their classes in Boston, Chicago and other cities across the country in protest of in-person learning conditions as COVID-19 rages on.




ABCNEWS.GO.COM

Students walk out over COVID-19 in-person learning conditions in schools

1 comment

Like Share

Sandy Fuhrmann Marrett
Propaganda at its finest

Like 1y

Note that the article referenced in this post was not produced, as it held little additional evidentiary value.

| | |
|---|---|
| Post Date | Jan 14, 2022 |
| Capture Date | Apr 21, 2023 9:31AM GMT -0700 |
| Page Hash | 1a775a769b97a4487b8fa30d93f8caa040e60cf6ade891e832fb58fa1e925250 |
| URL | https://www.facebook.com/anoush.burmayan/posts/pfbid0hGpCGTimkaYBo6CVh1HHLAMgGTV5fEM1pqojMmfHS2Kghp7ecyUxcwJ6yZ672RTcl |

Facebook 113

Anoush Phoenix
January 15, 2022 ·




Brandon Alexander
January 15, 2022 ·

4

2 comments

| | |
|---|---|
| Post Date | Jan 15, 2022 |
| Capture Date | May 01, 2023 10:49AM GMT -0700 |
| Page Hash | c84aed7d5174ca0e30b464c1a595e29e9002909c90459542 7191f9e4cbd60160 |
| URL | https://www.facebook.com/anoush.burmayan/posts/pfbid0 2ums9L3TmX5Gfp1WREcpfaxUarU7qRWfenq79zS2bbmij38 usPKSydWh8N246ZXt9l |

Facebook 121




| | |
|---|---|
| Post Date | Mar 21, 2022 |
| Capture Date | Apr 21, 2023 9:26AM GMT -0700 |
| Page Hash | 10f125bf0577a0ed95f7cf3cde95800f212f3be5f53e383fd4efa32af0f08599 |
| URL | https://www.facebook.com/anoush.burmayan/posts/pfbid0T8s9c4oyPmWcMsUeAnZJ4QrVPT2nWy2KCUtdFk1eHkMDWUyozGnAeTmhQsDajoQ3l |

Facebook 122

Anoush Phoenix
March 22, 2022 ·




Sarah Connor
March 21, 2022 ·

1

| | |
|---|---|
| Post Date | Mar 22, 2022 |
| Capture Date | Apr 21, 2023 9:26AM GMT -0700 |
| Page Hash | 9c3eb1df5b9765463b252bc8f14f3239127efc8cd03148360c5a343e33f15df4 |
| URL | https://www.facebook.com/anoush.burmayan/posts/pfbid0E8LFoqM5HcCpjAtPQAZrEXBvjdSJLttGZsPTAvdf3xRBKNwoq1prTD55fKSmsucsl |