# EXHIBIT L

# (Lodged Under Seal)