# EXHIBIT M

# (Lodged Under Seal)