# EXHIBIT N

# (Lodged Under Seal)