Daniel F. Fears, Bar No. 110573
dff@paynefears.com
Andrew K. Haeffele, Bar No. 258992
akh@paynefears.com
Leilani E. Jones, Bar No. 298896
llj@paynefears.com
PAYNE & FEARS LLP
4 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212

Attorneys for Defendants GARFIELD BEACH CVS, LLC (erroneously sued as CVS Pharmacy, Inc.) GUY GARCIA and JOE JOHNSON

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ANOUSH BURMAYAN,

Plaintiff,

v.

CVS PHARMACY, INC., a corporation doing business in California, GUY GARCIA, an individual, JOE JOHNSON, an individual; CITY OF GLENDALE, Officer JAMES ROSS #22471, individually and as a peace officer, Officer GRIFFIN ARMENDARIZ #27999, individually and as a peace officer, and DOES 1-10,

Defendants.

Case No. 2:23-cv-01788 FMO-AGR

Honorable Fernando M. Olguin

**DECLARATION OF TIM CAREY**

Judge: Hon. Fernando M. Olguin
Date: October 23, 2025
Time: 10:00 am
Crtrm.: 6D

Action Filed: January 6, 2023
Trial Date: None set.

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

# DECLARATION OF TIM CAREY

I, Tim Carey, declare as follows:

1. I am currently employed by CVS and have worked for CVS since approximately 2013. My job title is CCTV Analyst, and I have been in this role for approximately 2 years. My previous job title was Analyst, CVS Security Operations Center.

2. I have personal knowledge of the facts set forth below, or knowledge based upon my access to information and records maintained in the regular course of CVS's business. If called and sworn as a witness, I could and would competently testify to these facts.

3. In my role as a CCTV Analyst, I am responsible for managing Closed Circuit Television ("CCTV") footage at retail, corporate, and distribution facilities. I am familiar with the video surveillance systems in CVS's California retail locations and have personal knowledge regarding how those systems function, record, and retain video—as well as how footage is later accessed and downloaded.

4. All CVS California retail stores utilize CCTV cameras and Digital Video Recorders ("DVR") to record and maintain surveillance footage. None of the retail CCTV cameras record audio. The footage is video only.

5. In my role, I am involved in downloading video for various investigations, when requested through proper channels, and am familiar with CVS's policies for downloading video.

6. Upon a request to download store video, a CCTV Analyst can remotely access the store server to select and download. When downloading store video for a particular range of time (i.e., a 45 minute block), it is not possible to selectively cut out portions of that footage. Once downloaded, the video cannot be partially edited or partially erased.

7. Notably, if a camera is not working for a period of time (e.g., the camera is having an issue; the camera "skips," the camera goes out for a period of time), that footage does not record anywhere (it would show as blank). There is no backup recording or way to recover footage if a camera malfunctions.

8. In my role, I have access to the list of camera angles for CVS Store No. 9787 in Glendale, California. These same cameras were in place in January 2021. The angles have not been altered. A true and correct list of those cameras is below:




9. **Exhibit A**, lodged with the Court, is a true and correct copy of the CCTV footage from CVS Store No. 9787 on January 13, 2021, from 12:10 a.m. to 1:00 a.m. This footage contains cameras from the Front Door, ACO, Cosmetics and Cosmetics Wall. Other than the camera pointed toward the liquor area of the store ("Liquor"), all camera angles covering aisles in Store 9787 were downloaded.

10. The January 13, 2021 video was downloaded and preserved on June 25, 2021. It has not been altered or edited.

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

11. **Exhibit B**, lodged with the Court, is a true and correct copy of the CCTV footage from CVS Store No. 9787 on January 19, 2021, from 1:00 a.m. to 2:00 a.m. This footage contains cameras from Front Door, ACO, and Front Registers.

12. The January 19, 2021 video was downloaded and preserved on May 25, 2021. It has not been altered or edited.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed on this 26th day of June, 2025, in Cumberland, Rhode Island.

Timothy carey

TIM CAREY

4911-2137-3264.2

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100