# EXHIBIT A

# (Physically Lodged with Court)