# EXHIBIT B

# (Physically Lodged with Court)