Daniel F. Fears, Bar No. 110573
dff@paynefears.com
Andrew K. Haeffele, Bar No. 258992
akh@paynefears.com
Leilani E. Jones, Bar No. 298896
llj@paynefears.com
PAYNE & FEARS LLP
4 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212

Attorneys for Defendants GARFIELD BEACH CVS, LLC (erroneously sued as CVS Pharmacy, Inc.) GUY GARCIA and JOE JOHNSON

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANOUSH BURMAYAN,<br><br>Plaintiff,<br><br>v.<br><br>CVS PHARMACY, INC., a corporation doing business in California, GUY GARCIA, an individual, JOE JOHNSON, an individual; CITY OF GLENDALE, Officer JAMES ROSS #22471, individually and as a peace officer, Officer GRIFFIN ARMENDARIZ #27999, individually and as a peace officer, and DOES 1-10,<br><br>Defendants. | Case No. 2:23-cv-01788 FMO-AGR<br><br>Honorable Fernando M. Olguin<br><br>**DECLARATION OF JOE JOHNSON**<br><br>Judge: Hon. Fernando M. Olguin<br>Date: October 23, 2025<br>Time: 10:00 am<br>Crtrm.: 6D<br><br>Action Filed: January 6, 2023<br>Trial Date: None set. |

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

# DECLARATION OF JOE JOHNSON

I, Joe Johnson, declare as follows:

1. I am a party to this action and I am currently employed by CVS Pharmacy, Inc. ("CVS") and have been a CVS employee since 2017. My job title is Operations Manager. I have worked at CVS Store No. 9787 in Glendale, California since 2018.

2. I have personal knowledge of the facts set forth below, or knowledge based upon my access to information and records maintained in the regular course of CVS's business. If called and sworn as a witness, I could and would competently testify to these facts.

3. In my role as an Operations Manager, I work solely in one store location (Store No. 9787). I work under the supervision of the Store Manager. I do not have any direct reports, and I am not ultimately responsible for supervising or overseeing the performance of employees at Store No. 9787.

4. As an Operations Manager, my responsibilities include:

- **Sales and inventory management**: overseeing incoming stock, managing replenishment, assisting with vendor deliveries and loading/unloading deliveries for the store.
- **Staffing**: assisting with employee schedules for the store.
- **Financial management**: ensuring compliance with policies like cash handling, loss prevention, and audit readiness for the store.
- **Customer service**: assisting customers with questions, problems, or complaints for the store.

5. If and when I need (or needed) to interpret and apply a CVS policy, I defer to my Store Manager and CVS's neutral Human Resources department, Colleague Relations, to obtain advice regarding how to properly apply those policies.

/ / /

6. I am not an officer, director, or managing agent of CVS and have not been at any point during my CVS employment. I have never had the authority to establish, influence, or change CVS's corporate policies. I simply implement the policies that are established by upper management at CVS. I do not have independent discretion to make decisions that fall outside of CVS's policies, procedures, and strategic initiatives.

7. I have never harbored any ill will toward Ms. Burmayan, nor have I ever intended to cause her harm. My actions regarding her presence in Store No. 9787 were solely motivated by my responsibility to enforce store policy and public health ordinances concerning mask-wearing in retail environments. These measures were implemented to protect the health and safety of all customers and employees during a critical time, and my intent was to uphold those standards—not to single out or target Ms. Burmayan in any way.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct. Executed on this 12th day of August, 2025, in Los Angeles, California.

JOE JOHNSON

4916-9167-1118.3

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

# MSJ - Decl of J. Johnson Burmayan

Final Audit Report 2025-08-12

| | |
|---|---|
| Created: | 2025-08-11 |
| By: | Leilani Livingston (llj@paynefears.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAdFtvE81Km1weMuGBK-o7onLOy5JVHx0n |

## "MSJ - Decl of J. Johnson Burmayan" History

- Document created by Leilani Livingston (llj@paynefears.com)
  2025-08-11 - 5:52:53 PM GMT

- Document emailed to Joe Johnson (joeanthonyj1@gmail.com) for signature
  2025-08-11 - 5:52:56 PM GMT

- Email viewed by Joe Johnson (joeanthonyj1@gmail.com)
  2025-08-12 - 4:53:22 AM GMT

- Document e-signed by Joe Johnson (joeanthonyj1@gmail.com)
  Signature Date: 2025-08-12 - 4:55:12 AM GMT - Time Source: server

- Agreement completed.
  2025-08-12 - 4:55:12 AM GMT