Daniel F. Fears, Bar No. 110573
dff@paynefears.com
Andrew K. Haeffele, Bar No. 258992
akh@paynefears.com
Leilani E. Jones, Bar No. 298896
llj@paynefears.com
PAYNE & FEARS LLP
4 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212

Attorneys for Defendants GARFIELD BEACH CVS, LLC (erroneously sued as CVS Pharmacy, Inc.); GUY GARCIA and JOE JOHNSON

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ANOUSH BURMAYAN,

Plaintiff,

v.

CVS PHARMACY, INC., a corporation doing business in California, GUY GARCIA, an individual, JOE JOHNSON, an individual; CITY OF GLENDALE, Officer JAMES ROSS #22471, individually and as a peace officer, Officer GRIFFIN ARMENDARIZ #27999, individually and as a peace officer, and DOES 1-10,

Defendants.

Case No. 2:23-cv-01788 FMO-AGR

Honorable Fernando M. Olguin

**DEFENDANTS' APPENDIX OF EVIDENCE**

Judge: Hon. Fernando M. Olguin
Date: October 23, 2025
Time: 10:00 am
Crtrm.: 6D

Action Filed: January 6, 2023
Trial Date: None set.

Defendants Garfield Beach CVS, LLC (erroneously sued as CVS Pharmacy, Inc.); Guy Garcia; and Joe Johnson (collectively, "Defendants" or "CVS") hereby submit the following Evidentiary Appendix in support of CVS's Motion for Summary Judgment or, in the Alternative, Summary Adjudication of Issues:

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

| **No.** | **Description** |
|---|---|
| 1. | April 10, 2020 City of Glendale Public Order No. 2020-07<br><br>(Attached to Defendants' Request for Judicial Notice as Ex. A) |
| 2. | June 2021 City of Glendale Resolution extending Mask Mandate<br><br>(Attached to Defendants' Request for Judicial Notice as Ex. B) |
| 3. | Plaintiff's April 1, 2024 Responses to Requests for Admission Propounded by the Defendants, Set 1<br><br>(Attached to Decl. of Leilani Jones as Ex. A.) |
| 4. | Excerpts from Plaintiff Anoush Burmayan's October 11, 2023 and February 19, 2024 Deposition Transcripts<br><br>(Attached to Decl. of Leilani Jones as Ex. B.) |
| 5. | July 26, 2023 Nelson L. Flores, Psy.D and Ted Tribble, M.D. Subpoenas for medical records<br><br>(Attached to Decl. of Leilani Jones as Ex. C.) |
| 6. | Custodian of Records Declarations from Nelson L. Flores, Psy.D and Ted Tribble, M.D. offices<br><br>(Attached to Decl. of Leilani Jones as Ex. D.) |
| 7. | December 10, 2020 "Psychological Testing Report," Dr. Nelson L. Flores<br><br>(Attached to Decl. of Leilani Jones as Ex. E.) |
| 8. | January 4, 2021"Doctor's First Report of Occupational Injury or Illness," Dr. Ted Tribble<br><br>(Attached to Decl. of Leilani Jones as Ex. F.) |
| 9. | January 4, 2021"Primary Treating Physician's Basic Comprehensive Psychological Med-Legal Evaluation Report," Dr. Ted Tribble<br><br>(Attached to Decl. of Leilani Jones as Ex. G.) |
| 10. | January 4, 2021"Progress Note," Dr. Ted Tribble<br><br>(Attached to Decl. of Leilani Jones as Ex. H.) |
| 11. | January 12, 2021"Progress Note," Dr. Ted Tribble<br><br>(Attached to Decl. of Leilani Jones as Ex. I.) |

| No. | Description |
|---|---|
| 12. | Plaintiff's Social Media Posting<br><br>(Attached to Decl. of Leilani Jones as Ex. J.) |
| 13. | January 13, 2021 CCTV Video<br><br>(Attached to Decl. of Tim Carey as Ex. A and lodged with the Court pursuant to the Notice of Lodging) |
| 14. | January 19, 2021 CCTV Video<br><br>(Attached to Decl. of Tim Carey as Ex. B and lodged with the Court pursuant to the Notice of Lodging) |
| 15. | July 5, 2023 Tobin Lucks Subpoenas for medical records<br><br>(Attached to Decl. of Leilani Jones as Ex. K.) |
| 16. | March 15, 2012, Initial Comprehensive Primary Treating Physician's Report, B. Sam Tabibian, MD, QME<br><br>(Attached to Decl. of Leilani Jones as Ex. M.) |
| 17. | August 20, 2020, Foundation Medical Group Primary Treating Physician's Initial Orthopedic Comprehensive Report, Dr. Khalid B. Ahmed<br><br>(Attached to Decl. of Leilani Jones as Ex. N.) |
| 18. | September 11, 2020, Cedars-Sinai Medical Group Record, Dr. Stephanie Tran<br><br>(Attached to Decl. of Leilani Jones as Ex. O.) |
| 19. | Excerpts from Griffin Armendariz's October 10, 2023 Deposition Transcript<br><br>(Attached to Decl. of Leilani Jones as Ex. P.) |
| 20. | Excerpts from James Ross's November 21, 2023 Deposition Transcript<br><br>(Attached to Decl. of Leilani Jones as Ex. Q.) |
| 21. | Excerpts from Joe Johnson's October 19, 2023's Deposition Transcript<br><br>(Attached to Decl. of Leilani Jones as Ex. R.) |
| 22. | Excerpts from Guy Garcia's October 27, 2023's Deposition Transcript<br><br>(Attached to Decl. of Leilani Jones as Ex. S.) |

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

| **No.** | **Description** |
|---|---|
| 23. | March 13, 2023 Order in *Yaya v. Nowhere Partners Corp.,* (Cal. Super. Ct., Mar. 13, 2023) No. 22STCV03083<br><br>(Attached to Request for Judicial Notice as Ex. C) |
| 24. | Census Data from Table B04006, "People Reporting Ancestry"<br><br>(Attached to the Request for Judicial Notice as Ex. D) |
| 25. | Joe Johnson Declaration |
| 26. | Hakop Gevdzhyan Declaration |
| 27. | Tim Carey Declaration |
| 28. | CVS Form 10-K, for year ending December 31, 2021<br><br>(Attached to the Request for Judicial Notice as Ex. E) |
| 29. | ***Orders for the following 6 cases:*** *Julie Brazelton v. CVS Pharmacy, Inc.*, No. CV-20-10604, at ECF No. 52 (C.D. Cal. June 28, 2022); *Shirin Moghtanei v. CVS Pharmacy, Inc.*, AAA Case No. 01-21-0002-6695, at *30-31 (2023); *Eva Ventura v. CVS Pharmacy*, Inc., AAA Case No. 01-20-0015-4233, at *12 (2022); *Hsiao v. Walmart Assocs., Inc.*, 2018 WL 6136155, at *11 n.18 (C.D. Cal. Apr. 12, 2018); *Garcia v. Wal-Mart Assocs., Inc.*, No. CV 1907784 CJC SKX, 2020 WL 8455110, at *1 (C.D. Cal. Dec. 21, 2020); and *Raygoza v. Walmart Inc.*, No. CV 21-809-GW-KSx (C.D. Cal. Dec. 21, 2020)<br><br>(Attached to the Request for Judicial Notice as Ex. F) |

DATED: September 22, 2025

PAYNE & FEARS LLP

By: */s/ Leilani E. Jones*

DANIEL F. FEARS
ANDREW K. HAEFFELE
LEILANI E. JONES

Attorneys for Defendants GARFIELD BEACH CVS, LLC (erroneously sued as CVS Pharmacy, Inc.); GUY GARCIA and JOE JOHNSON

4892-5831-4647.2

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100