Daniel F. Fears, Bar No. 110573
dff@paynefears.com
Andrew K. Haeffele, Bar No. 258992
akh@paynefears.com
Leilani E. Jones, Bar No. 298896
llj@paynefears.com
PAYNE & FEARS LLP
4 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212

Attorneys for Defendants GARFIELD BEACH CVS, LLC (erroneously sued as CVS Pharmacy, Inc.) GUY GARCIA and JOE JOHNSON

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ANOUSH BURMAYAN,

Plaintiff,

v.

CVS PHARMACY, INC., a corporation doing business in California, GUY GARCIA, an individual, JOE JOHNSON, an individual; CITY OF GLENDALE, Officer JAMES ROSS #22471, individually and as a peace officer, Officer GRIFFIN ARMENDARIZ #27999, individually and as a peace officer, and DOES 1-10,

Defendants.

Case No. 2:23-cv-01788 FMO-AGR

Honorable Fernando M. Olguin

**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT OR ALTERNATIVELY SUMMARY ADJUDICATION**

Judge: Hon. Fernando M. Olguin
Date: October 23, 2025
Time: 10:00 am
Crtrm.: 6D

Action Filed: January 6, 2023
Trial Date: None set.

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

Defendants Garfield Beach CVS, LLC (erroneously sued as CVS Pharmacy, Inc.) Guy Garcia and Joe Johnson (collectively, "Defendants" or "CVS") hereby request that pursuant to Federal Rule of Civil Procedure 201, the Court take judicial notice of the following facts in support of CVS's Motion for Summary Judgement or Alternatively Summary Adjudication on the basis that these are facts that are "generally known within the trial court's territorial jurisdiction" and "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." FRCP 201(b)(1)-(2):

Attached hereto as **Exhibit A** is a true and correct copy of the April 10, 2020 City of Glendale Public Order No. 2020-07. Judicial notice of these documents is proper. *Gerritsen v. Warner Bros. Entertainment Inc.*, 112 F. Supp. 3d 1011, 1033 (C.D. Cal. 2015). It is a "matter of public record which can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned."

Attached hereto as **Exhibit B** is a true and correct copy of the June 2021 City of Glendale Resolution extending Mask Mandate. Judicial notice of these documents is proper. *Gerritsen v. Warner Bros. Entertainment Inc.*, 112 F. Supp. 3d 1011, 1033 (C.D. Cal. 2015). It is a "matter of public record which can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned."

Attached hereto as **Exhibit C** is a true and correct copy of the March 13, 2023 Order in *Yaya v. Nowhere Partners Corp.,* (Cal. Super. Ct., Mar. 13, 2023) No. 22STCV03083. Judicial notice of these documents is proper. *Peel v. BrooksAmerica Mortg. Corp.*, 788 F.Supp.2d 1149, 1158 (C.D. Cal. 2011) ("a court may take judicial notice of the existence of another court's opinion"); *Palmer v. Truck Insurance Exchange*, 21 Cal. 4th 1109, fn. 1 (1999) ("We take judicial notice of various pleadings and documents contained in the record of the Newhall action.").

Attached hereto as **Exhibit D** is a true and correct copy of the Census Data

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

from Table B04006, "People Reporting Ancestry." The Court may take judicial notice of public records and government documents available from reliable sources on the internet, such as websites run by governmental agencies. *Gerritsen v. Warner Bros. Entertainment Inc.*, 112 F. Supp. 3d 1011, 1033 (C.D. Cal. 2015) (Morrow, J.).

Attached hereto as **Exhibit E** is a true and correct copy of the CVS Form 10-K, for year ending December 31, 2021. The Court may take judicial notice of public records and government documents available from reliable sources on the internet, such as websites run by governmental agencies. *Gerritsen v. Warner Bros. Entertainment Inc.*, 112 F. Supp. 3d 1011, 1033 (C.D. Cal. 2015) (Morrow, J.).

Attached hereto as **Exhibit F** are a true and correct copies of orders for the following six cases: *Julie Brazelton v. CVS Pharmacy, Inc.*, No. CV-20-10604, at ECF No. 52 (C.D. Cal. June 28, 2022); *Shirin Moghtanei v. CVS Pharmacy, Inc.*, AAA Case No. 01-21-0002-6695, at *30-31 (2023); *Eva Ventura v. CVS Pharmacy*, Inc., AAA Case No. 01-20-0015-4233, at *12 (2022); *Hsiao v. Walmart Assocs., Inc.*, 2018 WL 6136155, at *11 n.18 (C.D. Cal. Apr. 12, 2018); *Garcia v. Wal-Mart Assocs., Inc.*, No. CV 1907784 CJC SKX, 2020 WL 8455110, at *1 (C.D. Cal. Dec. 21, 2020); and *Raygoza v. Walmart Inc.*, No. CV 21-809-GW-KSx (C.D. Cal. Dec. 21, 2020). Judicial notice of these documents is proper. *Peel v. BrooksAmerica Mortg. Corp.*, 788 F.Supp.2d 1149, 1158 (C.D. Cal. 2011) ("a court may take

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

judicial notice of the existence of another court's opinion"); *Palmer v. Truck Insurance Exchange*, 21 Cal. 4th 1109, fn. 1 (1999) ("We take judicial notice of various pleadings and documents contained in the record of the Newhall action.").

DATED: September 19, 2025 PAYNE & FEARS LLP

By: */s/ Leilani E. Jones*
DANIEL F. FEARS
ANDREW K. HAEFFELE
LEILANI E. JONES

Attorneys for Defendants GARFIELD BEACH CVS, LLC (erroneously sued as CVS Pharmacy, Inc.) GUY GARCIA and JOE JOHNSON

4930-6870-2822.2

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100