# EXHIBIT B

**RESOLUTION NO**. ______

**A RESOLUTION OF THE CITY COUNCIL OF THE CITY OF GLENDALE, CALIFORNIA, RESTATING A PRIOR RESOLUTION AND RATIFYING A PUBLIC ORDER FOR FACE COVERINGS UNDER THE CITY OF GLENDALE EMERGENCY AUTHORITY REGARDING COVID-19; AND FOR OTHER RELATED AND LAWFUL PURPOSES**

**Whereas,** international, national, state, and local health and governmental authorities are responding to an outbreak of respiratory disease caused by the Coronavirus Disease 2019 (COVID-19), a severe acute respiratory illness caused by a novel (new) coronavirus. Symptoms of the virus include fever, cough, and shortness of breath, and infected individuals have experienced a range of outcomes, from mild sickness to severe illness and death; and

**Whereas**, on March 4, 2020, the Governor of the State of California declared a state of emergency to make additional resources available, formalize emergency actions already underway across multiple state agencies and departments, and help the State prepare for broader spread of COVID-19; and

**Whereas**, on March 4, 2020, the Los Angeles County Board of Supervisors and the Department of Public Health declared a local and public health emergency in response to increased spread of coronavirus across the country; and

**Whereas,** on March 13, 2020, the President of the United States of America declared a national emergency and announced that the federal government would make emergency funding available to assist state and local governments in preventing the spread of and addressing the effects of COVID-19; and

**Whereas,** on March 16, 2020, the City Council of the City of Glendale, pursuant to Glendale Municipal Code Chapter 2.84, declared the existence of a local emergency and ordered the closure of and limitation of access to certain public establishments; and

**Whereas**, the efforts undertaken by the citizens of the State of California, the County of Los Angeles and the City of Glendale over the past several months to reduce the spread of the coronavirus have shown enough success that the County's Health Officer continues to allow the careful, gradual return of more business, social, and other activities; and

**Whereas**, as the City adds these additional components of reopening, people will be increasingly interacting in person, creating a risk that viral transmission will increase and one of the strongest protections we, as a society, can implement as we continue to interact more in person is to increase our use of Face Coverings; and

**Whereas**, substantial scientific evidence shows that when combined with physical distancing and other health and safety practices like handwashing and regular disinfection of surfaces, wearing Face Coverings permits additional activities to be resumed in the safest possible way, and as we collectively go out into the community more, we need to have a corresponding increase in the steps we take to protect those around us. By doing so, we not only protect our fellow community members, but ultimately ourselves and our loved ones, especially those who are vulnerable due to age or health conditions; and

**Whereas,** by ensuring that people generally wear Face Coverings when in public, the City is better able to continue to open businesses and resume activities in a safer manner to the benefit of all and for these reasons, the Public Order regarding Face Coverings is revising to address generally the changes in the increase in activities; and

**Whereas,** on April 14, 2020, the City Council by Resolution No. 20-41, ratified and expanded Public Order No 2020-07 relating to face coverings; on May 12, 2020, extended it until June 3, 2020, by Resolution 20-55; revised it and extended it until June 30, 2020, by Resolution 20-62; by Resolution 20-94, extended it until July 31, 2020, by Resolution 20-111, extended it until August 31, 2020; by Resolution 20-132, extended it until September 30, 2020; and by Resolution 20-148, extended it until rescinded by the Director of Emergency Services or City Council;

**Whereas,** on May 3, 2021, the Director of Emergency Services issued Public Order 2020-26, which restated the requirements set for in City of Glendale City Council Resolution 20-148, but also required that no activity, action or omission relative to the use of face coverings that is permitted or made lawful under the Los Angeles County Public Health Safer at Home Order dated April 29, 2021, (the "LA County Order"), as said LA County Order may subsequently modified by Los Angeles County relative to face coverings, shall constitute a violation of the City of Glendale Public Order.

**Whereas,** currently both the County of Los Angeles and State of California public health officers require the use of face coverings, with limited exceptions, when out in public; and

**BE IT RESOLVED BY THE COUNCIL OF THE CITY OF GLENDALE** that:

SECTION 1. Resolution No. 20-148 is restated and Public Order No. 2020-26 is hereby ratified and shall remain in effect until rescinded by the Director of Emergency Services or the City Council and that no activity, action or omission relative to the use of face coverings that is permitted or made lawful under the Los Angeles County Public Health Safer at Home Order dated April 29, 2021, (the "LA County Order"), as said LA County Order may subsequently modified by Los Angeles County relative to face coverings, shall constitute a violation of this Public Order.

SECTION 3. If any provision of this Public Order or its application is held invalid by a court of competent jurisdiction, such invalidity shall not affect other provisions, sections, or applications of the Orders or this Resolution which can be given effect without the invalid provision or application, and to this end each phrase, section, sentence, or word is declared to be severable.

SECTION 4. Any violation of the above Public Orders may be referred to the Office of the City Attorney for prosecution under Glendale Municipal Code Chapter 1.20, which provides for fines not to exceed $1,000 or imprisonment not to exceed six months. Each individual officer should use his/her discretion in enforcing this order and always keep the intent of the order in mind. Violations may also be enforced by the provisions of Glendale Municipal Code Chapter 1.24, which shall provide, along with other enforcement mechanisms set forth therein, for fines of $400 for the first citation, $1,000 for the second citation, and $2,000 for the third citation.

SECTION 5. This Resolution and the corresponding orders do not supersede any stricter limitation imposed by the County of Los Angeles or the State of California.

Adopted by the Council of the City of Glendale on this ___ day of June, 2021.

______________________________
Mayor

ATTEST:

______________________________
City Clerk

STATE OF CALIFORNIA )
COUNTY OF LOS ANGELES ) SS.
CITY OF GLENDALE )

I, Aram Adjemian, City Clerk of the City of Glendale, hereby certify that the foregoing Resolution No. ________ was adopted by the Council of the City of Glendale, California, at its regular meeting held on the ______ day of June, 2021, and that the same was adopted by the following vote:

Ayes:
Noes:
Absent:
Abstain:

________________________
City Clerk