# EXHIBIT D

Table: ACSDT5Y2023.B04006

| | Glendale city, California | |
|---|---|---|
| **Label** | **Estimate** | **Margin of Error** |
| Total: | 192,270 | ±67 |
| Afghan | 210 | ±239 |
| Albanian | 37 | ±59 |
| Alsatian | 0 | ±32 |
| American | 2,513 | ±483 |
| Arab: | 3,310 | ±682 |
| Egyptian | 620 | ±270 |
| Iraqi | 538 | ±236 |
| Jordanian | 89 | ±95 |
| Lebanese | 1,042 | ±379 |
| Moroccan | 41 | ±49 |
| Palestinian | 46 | ±49 |
| Syrian | 509 | ±483 |
| Arab | 525 | ±307 |
| Other Arab | 112 | ±106 |
| Armenian | 66,070 | ±3,079 |
| Assyrian/Chaldean/Syriac | 113 | ±97 |
| Australian | 136 | ±112 |
| Austrian | 279 | ±131 |
| Basque | 117 | ±102 |
| Belgian | 45 | ±39 |
| Brazilian | 218 | ±161 |
| British | 816 | ±267 |
| Bulgarian | 124 | ±91 |
| Cajun | 0 | ±32 |
| Canadian | 238 | ±130 |
| Carpatho Rusyn | 0 | ±32 |
| Celtic | 0 | ±32 |
| Croatian | 207 | ±132 |
| Cypriot | 0 | ±32 |
| Czech | 401 | ±280 |
| Czechoslovakian | 48 | ±36 |
| Danish | 385 | ±173 |
| Dutch | 526 | ±173 |
| Eastern European | 350 | ±168 |
| English | 6,113 | ±717 |
| Estonian | 23 | ±22 |
| European | 1,759 | ±468 |
| Finnish | 204 | ±118 |
| French (except Basque) | 1,772 | ±398 |
| French Canadian | 268 | ±132 |
| German | 8,399 | ±1,376 |
| German Russian | 0 | ±32 |

| | Glendale city, California | |
|---|---|---|
| **Label** | **Estimate** | **Margin of Error** |
| Greek | 563 | ±221 |
| Guyanese | 64 | ±58 |
| Hungarian | 424 | ±191 |
| Icelander | 17 | ±28 |
| Iranian | 3,455 | ±816 |
| Irish | 7,950 | ±1,527 |
| Israeli | 0 | ±32 |
| Italian | 4,560 | ±959 |
| Latvian | 35 | ±34 |
| Lithuanian | 167 | ±110 |
| Luxembourger | 0 | ±32 |
| Macedonian | 35 | ±44 |
| Maltese | 41 | ±61 |
| New Zealander | 0 | ±32 |
| Northern European | 162 | ±85 |
| Norwegian | 879 | ±276 |
| Pennsylvania German | 14 | ±24 |
| Polish | 1,725 | ±452 |
| Portuguese | 217 | ±108 |
| Romanian | 187 | ±114 |
| Russian | 3,116 | ±895 |
| Scandinavian | 240 | ±91 |
| Scotch-Irish | 678 | ±232 |
| Scottish | 1,729 | ±374 |
| Serbian | 52 | ±46 |
| Slavic | 0 | ±32 |
| Slovak | 132 | ±127 |
| Slovene | 47 | ±43 |
| Soviet Union | 0 | ±32 |
| Subsaharan African: | 433 | ±189 |
| Cape Verdean | 0 | ±32 |
| Ethiopian | 61 | ±100 |
| Ghanaian | 0 | ±32 |
| Kenyan | 20 | ±31 |
| Liberian | 0 | ±32 |
| Nigerian | 59 | ±56 |
| Senegalese | 11 | ±19 |
| Sierra Leonean | 0 | ±32 |
| Somali | 0 | ±32 |
| South African | 34 | ±34 |
| Sudanese | 0 | ±32 |
| Ugandan | 0 | ±32 |
| Zimbabwean | 0 | ±32 |

Table: ACSDT5Y2023.B04006

| | Glendale city, California | |
|---|---|---|
| **Label** | **Estimate** | **Margin of Error** |
| African | 185 | ±149 |
| Other Subsaharan African | 63 | ±60 |
| Swedish | 880 | ±343 |
| Swiss | 286 | ±169 |
| Turkish | 22 | ±29 |
| Ukrainian | 838 | ±616 |
| Welsh | 316 | ±118 |
| West Indian (except Hispanic groups): | 340 | ±185 |
| Bahamian | 0 | ±32 |
| Barbadian | 8 | ±12 |
| Belizean | 110 | ±80 |
| Bermudan | 0 | ±32 |
| British West Indian | 0 | ±32 |
| Dutch West Indian | 0 | ±32 |
| Haitian | 5 | ±10 |
| Jamaican | 147 | ±167 |
| Trinidadian and Tobagonian | 29 | ±50 |
| U.S. Virgin Islander | 0 | ±32 |
| West Indian | 41 | ±46 |
| Other West Indian | 0 | ±32 |
| Yugoslavian | 33 | ±36 |
| Other groups | 66,379 | ±2,682 |
| Unclassified or not reported | 26,680 | ±1,731 |