# EXHIBIT E

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**
**FORM 10-K**

(Mark One)

☑ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**For the fiscal year ended December 31, 2021**
or
☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**For the transition period from _________ to_________**
**Commission file number: 001-01011**

CVS Health

**CVS HEALTH CORPORATION**
(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Delaware** | **05-0494040** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| **One CVS Drive, Woonsocket, Rhode Island** | **02895** |
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code: **(401) 765-1500**

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, par value $0.01 per share | CVS | New York Stock Exchange |

Securities registered pursuant to Section 12(g) of the Act: **None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. ☒ Yes ☐ No

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. ☐ Yes ☒ No

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. ☒ Yes ☐ No

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). ☒ Yes ☐ No

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☒ | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C 7262(b)) by the registered public accounting firm that prepared or issued its audit report. ☒

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act). ☐ Yes ☒ No

The aggregate market value of the registrant's common stock held by non-affiliates was approximately $109,651,334,285 as of June 30, 2021, based on the closing price of the common stock on the New York Stock Exchange. For purposes of this calculation, only executive officers and directors are deemed to be affiliates of the registrant.

As of February 2, 2022, the registrant had 1,312,510,426 shares of common stock outstanding.

**DOCUMENTS INCORPORATED BY REFERENCE**

The following materials are incorporated by reference into this Form 10-K:

Information contained in the definitive proxy statement for CVS Health Corporation's 2022 Annual Meeting of Stockholders, to be filed with the Securities and Exchange Commission within 120 days after the end of the fiscal year ended December 31, 2021 (the "Proxy Statement"), is incorporated by reference in Parts III and IV to the extent described therein.

**TABLE OF CONTENTS**


| | | Page |
|---|---|---|
| **Part I** | | |
| Item 1: | Business | 2 |
| Item 1A: | Risk Factors | 35 |
| Item 1B: | Unresolved Staff Comments | 63 |
| Item 2: | Properties | 63 |
| Item 3: | Legal Proceedings | 63 |
| Item 4: | Mine Safety Disclosures | 63 |
| | Information about our Executive Officers | 64 |
| **Part II** | | |
| Item 5: | Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities | 65 |
| Item 6: | Reserved | 66 |
| Item 7: | Management's Discussion and Analysis of Financial Condition and Results of Operations | 67 |
| Item 7A: | Quantitative and Qualitative Disclosures About Market Risk | 99 |
| Item 8: | Financial Statements and Supplementary Data | 102 |
| Item 9: | Changes in and Disagreements With Accountants on Accounting and Financial Disclosure | 176 |
| Item 9A: | Controls and Procedures | 176 |
| Item 9B: | Other Information | 177 |
| **Part III** | | |
| Item 10: | Directors, Executive Officers and Corporate Governance | 177 |
| Item 11: | Executive Compensation | 177 |
| Item 12: | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters | 177 |
| Item 13: | Certain Relationships and Related Transactions, and Director Independence | 178 |
| Item 14: | Principal Accountant Fees and Services | 178 |
| **Part IV** | | |
| Item 15: | Exhibits and Financial Statement Schedules | 179 |
| Item 16: | Form 10-K Summary | 183 |
| | Signatures | 184 |

Unless the context otherwise requires, references to the terms "we," "our" or "us" used throughout this Annual Report on Form 10-K (this "10-K") refer to CVS Health Corporation (a Delaware corporation), together with its subsidiaries (collectively, "CVS Health" or the "Company"). References to competitors and other companies throughout this 10-K, including the information incorporated herein by reference, are for illustrative or comparison purposes only and are not identifying that these companies are the only competitors or closest competitors of the Company or any of the Company's businesses, products, or services.

***CAUTIONARY STATEMENT CONCERNING FORWARD-LOOKING STATEMENTS***

*The Private Securities Litigation Reform Act of 1995 (the "Reform Act") provides a "safe harbor" for forward-looking statements, so long as (1) those statements are identified as forward-looking, and (2) the statements are accompanied by meaningful cautionary statements that identify important factors that could cause actual results to differ materially from those discussed in the statement. We are taking advantage of these safe harbor provisions.*

*Certain information contained in this 10-K is forward-looking within the meaning of the Reform Act or SEC rules. This information includes, but is not limited to: "Outlook for 2022" of Management's Discussion and Analysis of Financial Condition and Results of Operations ("MD&A") included in Item 7, "Quantitative and Qualitative Disclosures About Market Risk" included in Item 7A, "Government Regulation" included in Item 1, and "Risk Factors" included in Item 1A. In addition, throughout this 10-K and our other reports and communications, we use the following words or variations or negatives of these words and similar expressions when we intend to identify forward-looking statements:*

| | | | | |
|---|---|---|---|---|
| · *Anticipates* | · *Believes* | · *Can* | · *Continue* | · *Could* |
| · *Estimates* | · *Evaluate* | · *Expects* | · *Explore* | · *Forecast* |
| · *Guidance* | · *Intends* | · *Likely* | · *May* | · *Might* |
| · *Outlook* | · *Plans* | · *Potential* | · *Predict* | · *Probable* |
| · *Projects* | · *Seeks* | · *Should* | · *View* | · *Will* |

*All statements addressing the future operating performance of CVS Health or any segment or any subsidiary and/or future events or developments, including statements relating to the projected impact of coronavirus disease 2019 ("COVID-19") and its emerging new variants on the Company's businesses, investment portfolio, operating results, cash flows and/or financial condition, statements relating to corporate strategy, statements relating to future revenue, operating income or adjusted operating income, earnings per share or adjusted earnings per share, Health Care Benefits segment business, sales results and/or trends, medical cost trends, medical membership, Medicare Part D membership, medical benefit ratios and/or operations, Pharmacy Services segment business, sales results and/or trends and/or operations, Retail/LTC segment business, sales results and/or trends and/or operations, incremental investment spending, interest expense, effective tax rate, weighted-average share count, cash flow from operations, net capital expenditures, cash available for debt repayment, integration synergies, net synergies, integration costs, enterprise modernization, transformation, leverage ratio, cash available for enhancing shareholder value, inventory reduction, turn rate and/or loss rate, debt ratings, the Company's ability to attract or retain customers and clients, store development and/or relocations, new product development, and the impact of industry and regulatory developments, as well as statements expressing optimism or pessimism about future operating results or events, are forward-looking statements within the meaning of the Reform Act.*

*Forward-looking statements rely on a number of estimates, assumptions and projections concerning future events, and are subject to a number of significant risks and uncertainties and other factors that could cause actual results to differ materially from those statements. Many of these risks and uncertainties and other factors are outside our control. Certain of these risks and uncertainties and other factors are described under "Risk Factors" included in Item 1A of this 10-K; these are not the only risks and uncertainties we face. There can be no assurance that the Company has identified all the risks that may affect it. Additional risks and uncertainties not presently known to the Company or that the Company currently believes to be immaterial also may adversely affect the Company's businesses. If any of those risks or uncertainties develops into actual events, those events or circumstances could have a material adverse effect on the Company's businesses, operating results, cash flows, financial condition and/or stock price, among other effects.*

*You should not put undue reliance on forward-looking statements. Any forward-looking statement speaks only as of the date of this 10-K, and we disclaim any intention or obligation to update or revise forward-looking statements, whether as a result of new information, future events, uncertainties or otherwise.*

# PART I

## Item 1. Business.

### Overview

CVS Health Corporation, together with its subsidiaries (collectively, "CVS Health," the "Company," "we," "our" or "us"), is a leading diversified health solutions company, making healthier happen now. In an increasingly connected and digital world, we are meeting people wherever they are and changing health care to meet their needs. The Company has more than 9,900 retail locations, nearly 1,200 walk-in medical clinics, a leading pharmacy benefits manager with approximately 110 million plan members with expanding specialty pharmacy solutions and a dedicated senior pharmacy care business serving more than one million patients per year. The Company also serves an estimated 35 million people through traditional, voluntary and consumer-directed health insurance products and related services, including expanding Medicare Advantage offerings and a leading standalone Medicare Part D prescription drug plan ("PDP"). The Company believes its innovative health care model increases access to quality care, delivers better health outcomes and lowers overall health care costs.

The Company has four reportable segments: Health Care Benefits, Pharmacy Services, Retail/LTC and Corporate/Other.

### Business Strategy

The Company seeks to improve access, lower costs and enhance health outcomes by engaging with consumers when, where and how they desire. This means delivering solutions that are personalized, seamless, connected and increasingly digital. CVS Health is also shifting from transaction-based primary care to addressing holistic health – physical, emotional, social, economic – which will lead to higher quality of care and lower medical costs. The Company is a leader in key segments of health care today through foundational businesses and is seeking to create new sources of value by expanding into next generation primary care delivery and health services, with a goal of improving satisfaction levels for both providers and consumers. The Company believes its consumer-centric strategy will drive sustainable long-term growth and deliver value for all stakeholders.

### COVID-19

The COVID-19 pandemic and its emerging new variants continue to impact the U.S. and other countries around the world. Our strong local presence and scale in communities across the country has enabled us to play an indispensable role in the national response to COVID-19, as well as provide seamless support for our customers wherever they need us: in our CVS locations, in their homes, and virtually.

The Company offered COVID-19 diagnostic testing at more than 4,800 CVS Pharmacy® locations, at community-based testing sites in underserved areas and through its Return Ready℠ solution as of December 31, 2021. During 2021, the Company also began selling over-the-counter ("OTC") test kits in its retail locations and online. The Company began administering COVID-19 vaccinations in long-term care facilities and in certain of its retail pharmacies during December 2020 and February 2021, respectively, and began the administration of COVID-19 boosters and pediatric vaccines during the fourth quarter of 2021. The Company offered COVID-19 vaccinations at more than 9,800 CVS Pharmacy locations as of December 31, 2021. During the year ended December 31, 2021, the Company administered more than 32 million COVID-19 tests and more than 59 million COVID-19 vaccines. The Company expects to continue to play a significant role in COVID-19 testing and vaccine administration in the future, while maintaining a strong commitment to testing and vaccine equity by optimizing site locations and targeting outreach initiatives to reach vulnerable populations.

The impact of COVID-19 on the Company's businesses, operating results, cash flows and financial condition in the years ended December 31, 2021 and 2020, as well as information regarding certain expected impacts of COVID-19 on the Company, is discussed throughout this 10-K.

### Health Care Benefits Segment

The Health Care Benefits segment operates as one of the nation's leading diversified health care benefits providers, serving an estimated 35 million people as of December 31, 2021. The Health Care Benefits segment has the information and resources to help members, in consultation with their health care professionals, make more informed decisions about their health care. The Health Care Benefits segment offers a broad range of traditional, voluntary and consumer-directed health insurance products and related services, including medical, pharmacy, dental and behavioral health plans, medical management capabilities, Medicare Advantage and Medicare Supplement plans, PDPs, Medicaid health care management services and health information

technology ("HIT") products and services. The Health Care Benefits segment also provided workers' compensation administrative services through its Coventry Health Care Workers' Compensation business ("Workers' Compensation business") prior to the sale of this business on July 31, 2020. The Health Care Benefits segment's customers include employer groups, individuals, college students, part-time and hourly workers, health plans, health care providers ("providers"), governmental units, government-sponsored plans, labor groups and expatriates.

***Health Care Benefits Products and Services***

The Company refers to insurance products (where it assumes all or a majority of the risk for medical and dental care costs) as "Insured" and administrative services contract products (where the plan sponsor assumes all or a majority of the risk of medical and dental care costs) as "ASC." Health Care Benefits products and services consist of the following:

- *Commercial Medical*: The Health Care Benefits segment offers point-of-service ("POS"), preferred provider organization ("PPO"), health maintenance organization ("HMO") and indemnity benefit ("Indemnity") plans. Commercial medical products also include health savings accounts ("HSAs") and consumer-directed health plans that combine traditional POS or PPO and/or dental coverage, subject to a deductible, with an accumulating benefit account (which may be funded by the plan sponsor and/or the member in the case of HSAs). With the launch of Aetna Virtual Primary Care™ in 2021, eligible members now have access to health services remotely, paired with access to in-person visits with providers in the Company's network, including at MinuteClinic® and CVS HealthHUB® locations. Principal products and services are targeted specifically to large multi-site national, mid-sized and small employers, individual insureds and expatriates. The Company offers medical stop loss insurance coverage for certain employers who elect to self-insure their health benefits. Under medical stop loss insurance products, the Company assumes risk for costs associated with large individual claims and/or aggregate loss experience within an employer's plan above a pre-set annual threshold. The segment also has a portfolio of additional health products and services that complement its medical products such as dental plans, behavioral health and employee assistance products, provider network access and vision products.
- *Government Medical*: In select geographies, the Health Care Benefits segment offers Medicare Advantage plans, Medicare Supplement plans and prescription drug coverage for Medicare beneficiaries; participates in Medicaid and subsidized Children's Health Insurance Programs ("CHIP"); and participates in demonstration projects for members who are eligible for both Medicare and Medicaid ("Duals"). These Government Medical products are further described below:
  - *Medicare Advantage:* Through annual contracts with the U.S. Centers for Medicare & Medicaid Services ("CMS"), the Company offers HMO and PPO products for eligible individuals in certain geographic areas through the Medicare Advantage program. Members typically receive enhanced benefits over traditional fee-for-service Medicare coverage ("Original Medicare"), including reduced cost-sharing for preventive care, vision and other services. The Company offered network-based HMO and/or PPO plans in 46 states and Washington, D.C. in 2021. For certain qualifying employer groups, the Company offers Medicare PPO products nationally. When combined with the Company's PDP product, these national PPO plans form an integrated national Insured Medicare product for employers that provides medical and pharmacy benefits.
  - *Medicare PDP:* The Company is a national provider of drug benefits under the Medicare Part D prescription drug program. All Medicare eligible individuals are eligible to participate in this voluntary prescription drug plan. Members typically receive coverage for certain prescription drugs, usually subject to a deductible, co-insurance and/or co-payment. The Company offered PDP plans in all 50 states and Washington, D.C. in 2021. On November 30, 2018, the Company completed the sale of the standalone PDPs of Aetna, Inc. ("Aetna") to WellCare Health Plans, Inc. effective December 31, 2018. The Company provided administrative services to, and retained the financial results of, the divested plans through 2019. Subsequent to 2019, the Company no longer retains the financial results of the divested plans.
  - *Medicare Supplement:* For certain Medicare eligible members, the Company offers supplemental coverage for certain health care costs not covered by Original Medicare. The products included in the Medicare Supplement portfolio help to cover some of the gaps in Original Medicare, and include coverage for Medicare deductibles and coinsurance amounts. The Company offered a wide selection of Medicare Supplement products in 49 states and Washington, D.C. in 2021.
  - *Medicaid and CHIP:* The Company offers health care management services to individuals eligible for Medicaid and CHIP under multi-year contracts with government agencies in various states that are subject to annual appropriations. CHIP are state-subsidized insurance programs that provide benefits for families with uninsured children. The Company offered these services on an Insured or ASC basis in 16 states in 2021.
  - *Duals:* The Company provides health coverage to beneficiaries who are dually eligible for both Medicare and Medicaid coverage. These members must meet certain income and resource requirements in order to qualify for

this coverage. The Company coordinates 100% of the care for these members and may provide them with additional services in order to manage their health care costs.

The Company also has a portfolio of transformative products and services aimed at creating a holistic and integrated approach to individual health and wellness. These products and services complement the Commercial Medical and Government Medical products and aim to provide innovative solutions, create integrated experience offerings and enable enhanced care delivery to customers.

***Health Care Benefits Provider Networks***

The Company contracts with physicians, hospitals and other providers for services they provide to the Company's members. The Company uses a variety of techniques designed to help encourage appropriate utilization of medical services ("utilization") and maintain affordability of quality coverage. In addition to contracts with providers for negotiated rates of reimbursement, these techniques include creating risk sharing arrangements that align economic incentives with providers, the development and implementation of guidelines for the appropriate utilization and the provision of data to providers to enable them to improve health care quality. At December 31, 2021, the Company's underlying nationwide provider network had approximately 1.5 million participating providers. Other providers in the Company's provider networks also include laboratory, imaging, urgent care and other freestanding health facilities.

***Health Care Benefits Quality Assessment***

CMS uses a 5-star rating system to monitor Medicare health care and drug plans and ensure that they meet CMS's quality standards. CMS uses this rating system to provide Medicare beneficiaries with a tool that they can use to compare the overall quality of care and level of customer service of companies that provide Medicare health care and drug plans. The rating system considers a variety of measures adopted by CMS, including quality of preventative services, chronic illness management and overall customer satisfaction. See "Health Care Benefits Pricing" below in this Item 1 for further discussion of star ratings. The Company seeks Health Plan accreditation for Aetna HMO plans from the National Committee for Quality Assurance ("NCQA"), a private, not-for-profit organization that evaluates, accredits and certifies a wide range of health care organizations. Health care plans seeking accreditation must pass a rigorous, comprehensive review and must annually report on their performance.

Aetna Life Insurance Company ("ALIC"), a wholly-owned subsidiary of the Company, has received nationwide NCQA PPO Health Plan accreditation. As of December 31, 2021, all of the Company's Commercial HMO and all of ALIC's PPO members who were eligible participated in HMOs or PPOs that are accredited by the NCQA.

The Company's provider selection and credentialing/re-credentialing policies and procedures are consistent with NCQA and URAC, a health care accrediting organization that establishes quality standards for the health care industry, as well as state and federal, requirements. In addition, the Company is certified under the NCQA Credentials Verification Organization ("CVO") certification program for all certification options and has URAC CVO accreditation.

Quality assessment programs for contracted providers who participate in the Company's networks begin with the initial review of health care practitioners. Practitioners' licenses and education are verified, and their work history is collected by the Company or in some cases by the practitioner's affiliated group or organization. The Company generally requires participating hospitals to be certified by CMS or accredited by The Joint Commission, the American Osteopathic Association, or Det Norske Veritas Healthcare.

The Company also offers quality and outcome measurement programs, quality improvement programs, and health care data analysis systems to providers and purchasers of health care services.

***Health Care Benefits Information Systems***

The Health Care Benefits segment currently operates and supports an end-to-end suite of information technology platforms to support member engagement, enrollment, health benefit administration, care management, service operations, financial reporting and analytics. The multiple platforms are supported by an integration layer to facilitate the transfer of real-time data. There is continued focus and investment in enterprise data platforms, cloud capabilities, digital products to offer innovative solutions and a seamless experience to the Company's members through mobile and web channels. The Company is making concerted investments in emerging technology capabilities such as voice, artificial intelligence and robotics to further automate, reduce cost and improve the experience for all of its constituents. The Health Care Benefits segment is utilizing the

full breadth of the Company's assets to build enterprise technology that will help guide our members through their health care journey, provide them a high level of service, enable healthier outcomes and encourage them to take next best actions to lead healthier lives.

***Health Care Benefits Customers***

Medical membership is dispersed throughout the United States, and the Company also serves medical members in certain countries outside the United States. The Company offers a broad range of traditional, voluntary and consumer-directed health insurance products and related services, many of which are available nationwide. Depending on the product, the Company markets to a range of customers including employer groups, individuals, college students, part-time and hourly workers, health plans, providers, governmental units, government-sponsored plans, labor groups and expatriates. For additional information on medical membership, see "Health Care Benefits Segment" in the Management's Discussion and Analysis of Financial Condition and Results of Operations (the "MD&A") included in Item 7 of this 10-K.

The Company markets both Commercial Insured and ASC products and services primarily to employers that sponsor the Company's products for the benefit of their employees and their employees' dependents. Frequently, larger employers offer employees a choice among coverage options, from which the employee makes his or her selection during a designated annual open enrollment period. Typically, employers pay all of the monthly premiums to the Company and, through payroll deductions, obtain reimbursement from employees for a percentage of the premiums that is determined by each employer. Some Health Care Benefits products are sold directly to employees of employer groups on a fully employee-funded basis. In some cases, the Company bills the covered individual directly. In addition, effective January 2022, the Company entered the individual public health insurance exchanges ("Public Exchanges") in eight states through which it sells Insured plans directly to individual consumers.

The Company offers Insured Medicare coverage on an individual basis as well as through employer groups to their retirees. Medicaid and CHIP members are enrolled on an individual basis. The Company also offers Insured health care coverage to members who are dually-eligible for both Medicare and Medicaid.

Health Care Benefits products are sold through: the Company's sales personnel; independent brokers, agents and consultants who assist in the production and servicing of business; as well as private health insurance exchanges ("Private Exchanges") and Public Exchanges (together with Private Exchanges, "Insurance Exchanges"). For large employers or other entities that sponsor the Company's products ("plan sponsors"), independent consultants and brokers are frequently involved in employer health plan selection decisions and sales. In some instances, the Company may pay commissions, fees and other amounts to brokers, agents, consultants and sales representatives who place business with the Company. In certain cases, the customer pays the broker for services rendered, and the Company may facilitate that arrangement by collecting the funds from the customer and transmitting them to the broker. The Company supports marketing and sales efforts with an advertising program that may include television, radio, billboards, print media and social media, supplemented by market research and direct marketing efforts.

The U.S. federal government is a significant customer of the Health Care Benefits segment through contracts with CMS for coverage of Medicare-eligible individuals and federal employee-related benefit programs. Other than the contracts with CMS, the Health Care Benefits segment is not dependent upon a single customer or a few customers the loss of which would have a significant effect on the earnings of the segment. The loss of business from any one, or a few, independent brokers or agents would not have a material adverse effect on the earnings of the Health Care Benefits segment. In 2021, 2020 and 2019, Health Care Benefits segment revenues from the federal government accounted for 14%, 13% and 13%, respectively, of the Company's consolidated total revenues. Contracts with CMS for coverage of Medicare-eligible individuals in the Health Care Benefits segment accounted for approximately 79%, 78% and 76%, respectively, of the Company's consolidated revenues from the federal government in 2021, 2020 and 2019.

***Health Care Benefits Pricing***

For Commercial Insured plans, contracts containing the pricing and other terms of the relationship are generally established in advance of the policy period and typically have a duration of one year. Fees under ASC plans are generally fixed for a period of one year.

Generally, a fixed premium rate is determined at the beginning of the policy period for Commercial Insured plans. The Company typically cannot recover unanticipated increases in health care and other benefit costs in the current policy period; however, it may consider prior experience for a product in the aggregate or for a specific customer, among other factors, in

determining premium rates for future policy periods. Where required by state laws, premium rates are filed and approved by state regulators prior to contract inception. Future operating results could be adversely affected if the premium rates requested are not approved or are adjusted downward or their approval is delayed by state or federal regulators.

The Company has Medicare Advantage and PDP contracts with CMS to provide HMO, PPO and prescription drug coverage to Medicare beneficiaries in certain geographic areas. Under these annual contracts, CMS pays the Company a fixed per member (or "capitation") payment and/or a portion of the premium, both of which are based on membership and adjusted for demographic and health risk factors. CMS also considers inflation, changes in utilization patterns and average per capita fee-for-service Medicare costs in the calculation of the fixed capitation payment or premium. PDP contracts also provide a risk-sharing arrangement with CMS to limit the Company's exposure to unfavorable expenses or benefit from favorable expenses. Amounts payable to the Company under the Medicare arrangements are subject to annual revision by CMS, and the Company elects to participate in each Medicare service area or region on an annual basis. Premiums paid to the Company for Medicare products are subject to federal government reviews and audits, which can result, and have resulted, in retroactive and prospective premium adjustments and refunds to the government and/or members. In addition to payments received from CMS, some Medicare Advantage products and all PDP products require a supplemental premium to be paid by the member or sponsoring employer. In some cases these supplemental premiums are adjusted based on the member's income and asset levels. Compared to Commercial Medical products, Medicare contracts generate higher per member per month revenues and higher health care and other benefit costs.

The Patient Protection and Affordable Care Act and the Health Care and Education Reconciliation Act of 2010 (collectively, the "ACA") ties a portion of each Medicare Advantage plan's reimbursement to the plan's "star ratings." Plans must have a star rating of four or higher (out of five) to qualify for bonus payments. CMS released the Company's 2022 star ratings in October 2021. The Company's 2022 star ratings will be used to determine which of the Company's Medicare Advantage plans have ratings of four stars or higher and qualify for bonus payments in 2023. Based on the Company's membership at December 31, 2021, 87% of the Company's Medicare Advantage members were in plans with 2022 star ratings of at least 4.0 stars, compared to 83% of the Company's Medicare Advantage members being in plans with 2021 star ratings of at least 4.0 stars based on the Company's membership at December 31, 2020.

Rates for Medicare Supplement products are regulated at the state level and vary by state and plan.

Under Insured Medicaid contracts, state government agencies pay the Company fixed monthly rates per member that vary by state, line of business and demographics; and the Company arranges, pays for and manages the health care services provided to Medicaid beneficiaries. These rates are subject to change by each state, and, in some instances, provide for adjustment for health risk factors. CMS requires these rates to be actuarially sound. The Company also receives fees from customers where it provides services under ASC Medicaid contracts. ASC Medicaid contracts generally are for periods of more than one year, and certain of them contain performance incentives and limited financial risk sharing with respect to certain medical, financial and operational metrics. Under these arrangements, performance is evaluated annually, with associated financial incentive opportunities, and financial risk share obligations are typically limited to a percentage of the fees otherwise payable to the Company. Payments to the Company under Medicaid contracts are subject to the annual appropriation process in the applicable state.

Under Duals contracts, the rate setting process is generally established by CMS in partnership with the state government agency participating in the demonstration project. Both CMS and the state government agency may seek premium and other refunds under certain circumstances, including if the Company fails to comply with CMS regulations or other contractual requirements.

The Company offers HMO and consumer-directed medical and dental plans to federal employees under the Federal Employees Health Benefits ("FEHB") Program and the Federal Employees Dental and Vision Insurance Program. Premium rates and fees for those plans are subject to federal government review and audit, which can result, and have resulted, in retroactive and prospective premium and fee adjustments and refunds to the government and/or members.

Beginning in 2014, the ACA imposed significant new industry-wide fees, assessments and taxes, including an annual levy known as the health insurer fee (the "HIF"). The HIF applied for 2020 and was temporarily suspended for 2019. In December 2019, the HIF was repealed for calendar years after 2020. For additional information on the ACA fees, assessments and taxes, see Note 1 ''Significant Accounting Policies'' included in Item 8 of this 10-K. The Company's goal is to collect premiums and fees where possible, or solve for, all of the ACA-related fees, assessments and taxes.

***Health Care Benefits Seasonality***

The Health Care Benefits segment's quarterly operating income progression is also impacted by (i) the seasonality of benefit costs which generally increase during the year as Insured members progress through their annual deductibles and out-of-pocket expense limits and (ii) the seasonality of operating expenses, which are generally the highest during the fourth quarter due primarily to spending to support readiness for the start of the upcoming plan year and marketing associated with Medicare annual enrollment.

During the year ended December 31, 2021, the customary quarterly operating income progression was impacted by COVID-19. While overall medical costs in the first quarter were generally consistent with historical baseline levels in the aggregate, the segment experienced increased COVID-19 testing and treatment costs and lower Medicare risk-adjusted revenue. During the second quarter, COVID-19 testing and treatment costs persisted, however at levels significantly lower than those observed during the first quarter. Beginning in the third quarter, medical costs once again increased primarily driven by the spread of the emerging new variants of COVID-19, which resulted in increased testing and treatment costs that continued throughout the fourth quarter.

During the year ended December 31, 2020, the customary quarterly operating income progression was also impacted by COVID-19. Beginning in mid-March, the health care system experienced a significant reduction in utilization that is discretionary and the cancellation of elective medical procedures. Utilization remained below historical levels through April, began to recover in May and June and reached more normal levels in the third and fourth quarters, with select geographies impacted by COVID-19 waves. The impact of the deferral of non-essential care was partially offset by COVID-19 testing and treatment costs, as well as planned COVID-19 related investments.

***Health Care Benefits Competition***

The health care benefits industry is highly competitive, primarily due to a large number of for-profit and not-for-profit competitors, competitors' marketing and pricing and a proliferation of competing products, including new products that are continually being introduced into the marketplace. New entrants into the marketplace, as well as consolidation within the industry, have contributed to and are expected to intensify the competitive environment. In addition, the rapid pace of change as the industry evolves towards a consumer-focused retail marketplace, including Insurance Exchanges, and the increased use of technology to interact with members, providers and customers, increase the risks the Company currently faces from new entrants and disruptive actions by existing competitors compared to prior periods.

The Company believes that the significant factors that distinguish competing health plans include the perceived overall quality (including accreditation status), quality of service, comprehensiveness of coverage, cost (including premium rates, provider discounts and member out-of-pocket costs), product design, financial stability and ratings, breadth and quality of provider networks, ability to offer different provider network options, providers available in such networks, and quality of member support and care management programs. The Company believes that it is competitive on each of these factors. The Company's ability to increase the number of persons covered by its health plans or to increase Health Care Benefits segment revenues is affected by its ability to differentiate itself from its competitors on these factors. Competition may also affect the availability of services from providers, including primary care physicians, specialists and hospitals.

Insured products compete with local and regional health care benefits plans, health care benefits and other plans sponsored by other large commercial health care benefit insurance companies, health system owned health plans, new entrants into the marketplace and numerous for-profit and not-for-profit organizations operating under licenses from the Blue Cross and Blue Shield Association. The largest competitor in Medicare products is Original Medicare. Additional Health Care Benefits segment competitors include other types of medical and dental provider organizations, various specialty service providers (including pharmacy benefit management ("PBM") services providers), health care consultants, financial services companies, integrated health care delivery organizations (networks of providers who also coordinate administrative services for and assume insurance risk of their members), third party administrators ("TPAs"), HIT companies and, for certain plans, programs sponsored by the federal or state governments. Emerging competitors include start up health care benefits plans, technology companies, provider-owned health plans, new joint ventures (including not-for-profit joint ventures among firms from multiple industries), technology firms, financial services firms that are distributing competing products on their proprietary Private Exchanges, and consulting firms that are distributing competing products on their proprietary Private Exchanges, as well as non-traditional distributors such as retail companies. The Company's ability to increase the number of persons enrolled in Insured Commercial Medical products also is affected by the desire and ability of employers to self-fund their health coverage.

The Health Care Benefits segment's ASC plans compete primarily with other large commercial health care benefit companies, numerous for-profit and not-for-profit organizations operating under licenses from the Blue Cross and Blue Shield Association and TPAs.

The Health Care Benefits segment's international products compete with local, global and U.S.-based health plans and commercial health care benefit insurance companies, many of whom are licensed in more geographies and have a longer operating history, better brand recognition and greater marketplace presence in one or more geographies.

The provider solutions and HIT marketplaces and products are evolving rapidly. The Company competes for provider solutions and HIT business with other large health plans and commercial health care benefit insurance companies as well as information technology companies and companies that specialize in provider solutions and HIT. Many information technology product competitors have longer operating histories, better brand recognition, greater marketplace presence and more experience in developing innovative products.

In addition to competitive pressures affecting the Company's ability to obtain new customers or retain existing customers, the Health Care Benefits segment's medical membership has been and may continue to be adversely affected by adverse and/or uncertain economic conditions and reductions in workforce by existing customers due to adverse and/or uncertain general economic conditions, especially in the United States and industries where such membership is concentrated.

***Health Care Benefits Reinsurance***

The Company currently has several reinsurance agreements with non-affiliated insurers that relate to Health Care Benefits insurance policies. The Company entered into these contracts to reduce the risk of catastrophic losses which in turn reduces capital and surplus requirements. The Company frequently evaluates reinsurance opportunities and refines its reinsurance and risk management strategies on a regular basis.

**Pharmacy Services Segment**

The Pharmacy Services segment provides a full range of PBM solutions, including plan design offerings and administration, formulary management, retail pharmacy network management services and mail order pharmacy. In addition, through the Pharmacy Services segment, the Company provides specialty pharmacy and infusion services, clinical services, disease management services, medical spend management and pharmacy and/or other administrative services for providers and federal 340B drug pricing program covered entities ("Covered Entities"). The Pharmacy Services segment's clients are primarily employers, insurance companies, unions, government employee groups, health plans, PDPs, Medicaid managed care ("Managed Medicaid") plans, plans offered on Insurance Exchanges and other sponsors of health benefit plans throughout the United States and Covered Entities. The Pharmacy Services segment includes retail specialty pharmacy stores, specialty mail order pharmacies, mail order dispensing pharmacies, compounding pharmacies and branches for infusion and enteral nutrition services. During the year ended December 31, 2021, the Company's PBM filled or managed 2.2 billion prescriptions on a 30-day equivalent basis.

***PBM Services***

The Company dispenses prescription drugs directly through its mail order dispensing and specialty mail order pharmacies and through pharmacies in its retail network. All prescriptions processed by the Company are analyzed, processed and documented by the Company's proprietary prescription management systems. These systems provide essential features and functionality to allow plan members to utilize their prescription drug benefits. These systems also streamline the process by which prescriptions are processed by staff and network pharmacists by enhancing review of various items through automation, including plan eligibility, early refills, duplicate dispensing, appropriateness of dosage, drug interactions or allergies, over-utilization and potential fraud.

*Plan Design Offerings and Administration*

The Company assists its PBM clients in designing pharmacy benefit plans that help improve health outcomes while minimizing the costs to the client. The Company also assists PBM clients in monitoring the effectiveness of their plans through frequent, informal communications, the use of proprietary software, as well as through formal annual, quarterly and sometimes monthly performance reviews. The Company administers pharmacy benefit plans for clients who contract with it to facilitate prescription drug coverage and claims processing for their eligible plan members. The Company also provides administrative services for Covered Entities.

The Company makes recommendations to help PBM clients design benefit plans that promote the use of lower cost, clinically appropriate drugs and helps its PBM clients control costs by recommending plan designs that encourage the use of generic equivalents of brand name drugs when such equivalents are available. Clients also have the option, through plan design, to further lower their pharmacy benefit plan costs by setting different member payment levels for different products on their drug lists or "formularies," which helps guide members to choose lower cost alternatives through appropriate financial incentives.

*Formulary Management*
The Company utilizes an independent panel of doctors, pharmacists and other medical experts, referred to as the CVS Caremark National Pharmacy and Therapeutics Committee, to review and approve the selection of drugs that meet the Company's standards of safety and efficacy for inclusion on one of the Company's template formularies. The Company's formularies provide recommended products in numerous drug classes to help ensure member access to clinically appropriate drugs with alternatives within a class under the client's pharmacy benefit plan, while helping to drive the lowest net cost for clients that select one of the Company's formularies. To help improve clinical outcomes for members and clients, the Company conducts ongoing, independent reviews of all drugs, including those appearing on the formularies and generic equivalent products. Many of the Company's clients choose to adopt a template formulary offering as part of their plan design. PBM clients are given capabilities to offer real time benefits information for a member's specific plan design, provided digitally at the point of prescribing, at the CVS pharmacy and directly to members.

*Retail Pharmacy Network Management Services*
The Company maintains a national network of approximately 66,000 retail pharmacies, consisting of approximately 40,000 chain pharmacies (which includes CVS Pharmacy locations) and approximately 26,000 independent pharmacies, in the United States, including Puerto Rico, the District of Columbia, Guam and the U.S. Virgin Islands. When a customer fills a prescription in a retail pharmacy, the pharmacy sends prescription data electronically to the Company from the point-of-sale. This data interfaces with the Company's proprietary prescription management systems, which verify relevant plan member data and eligibility, while also performing a drug utilization review to help evaluate clinical appropriateness and safety and confirming that the pharmacy will receive payment for the prescription. The Company also offers a performance program for non-Medicare customers, which can be implemented with either the Company's broad, national network or with any managed network (as allowed by applicable laws and regulations). Under the program, high performing pharmacies are eligible to receive an incremental positive performance payment. The program aligns with key Healthcare Effectiveness Data Information Set measures utilized by CMS and is funded by client fees.

*Mail Order Pharmacy Services*
The Pharmacy Services segment operates mail order dispensing pharmacies in the United States. Plan members or their prescribers submit prescriptions or refill requests, primarily for maintenance medications, to these pharmacies, and staff pharmacists review these prescriptions and refill requests with the assistance of the Company's prescription management systems. This review may involve communications with the prescriber and, with the prescriber's approval when required, can result in generic substitution, therapeutic interchange or other actions designed to help reduce cost and/or improve quality of treatment. The Company's mail order dispensing pharmacies have been awarded Mail Service Pharmacy accreditation from URAC.

*Specialty Pharmacy and Infusion Services*
The Pharmacy Services segment operates specialty mail order pharmacies, retail specialty pharmacy stores and branches for infusion and enteral nutrition services in the United States. The specialty mail order pharmacies are used for delivery of advanced medications to individuals with chronic or genetic diseases and disorders. The Company's specialty mail order pharmacies have been awarded Specialty Pharmacy accreditation from URAC. Substantially all of the Company's specialty mail order pharmacies also have been accredited by The Joint Commission and the Accreditation Commission for Health Care ("ACHC"), which are independent, not-for-profit organizations that accredit and certify health care programs and organizations in the United States. The ACHC accreditation includes an additional accreditation by the Pharmacy Compounding Accreditation Board, which certifies compliance with the highest level of pharmacy compounding standards.

*Clinical Services*
The Company offers multiple clinical programs and services to help clients manage overall pharmacy and health care costs in a clinically appropriate manner. These programs are primarily designed to promote better health outcomes and to help target inappropriate medication utilization and non-adherence to medication, each of which may result in adverse medical events that negatively affect member health and client pharmacy and medical spend. These programs include utilization management ("UM"), medication management, quality assurance, adherence and counseling programs to complement the client's plan design and clinical strategies. To help address prescription opioid abuse and misuse, the Company introduced an industry-leading UM approach that limits to seven days the supply of opioids dispensed for certain acute prescriptions for patients who

are new to therapy, limits the daily dosage of opioids dispensed based on the strength of the opioid and requires the use of immediate-release formulations of opioids before extended-release opioids are dispensed. The Company's Pharmacy Advisor® program facilitates pharmacist counseling, both face-to-face and over the telephone, to help participating plan members with certain chronic diseases, such as diabetes and cardiovascular conditions, to identify gaps in care, adhere to their prescribed medications and manage their health conditions. The Company also has digital connectivity that helps to lower drug costs for patients by providing expanded visibility to lower cost alternatives through enhanced analytics and data sharing.

*Disease Management Programs*
The Company's clinical programs and services utilize advanced protocols and offer clients convenience in working with providers and other third parties. The Company's care management program covers diseases such as rheumatoid arthritis, Parkinson's disease, epilepsy and multiple sclerosis and is accredited by the NCQA. The Company's UM program covers similar diseases and is accredited by the NCQA and URAC.

*Medical Benefit Management*
The Company's NovoLogix® online preauthorization tool helps identify and capture cost savings opportunities for specialty drugs billed under the medical benefit by identifying outliers to appropriate dosages and costs, and helps to ensure clinically appropriate use of specialty drugs.

*Group Purchasing Organization Services*
The Company operates a group purchasing organization that negotiates pricing for the purchase of pharmaceuticals and rebates with pharmaceutical manufacturers on behalf of its participants. The Company also provides various administrative, management and reporting services to pharmaceutical manufacturers.

***Pharmacy Services Information Systems***

The Pharmacy Services segment's claim adjudication platform incorporates architecture that centralizes the data generated from filling mail order prescriptions, adjudicating retail pharmacy claims and delivering other solutions to PBM clients. The Health Engagement Engine® technology and proprietary clinical algorithms help connect the various parts of the enterprise and serve an essential role in cost management and health improvement, leveraging cloud-native technologies and practices. This capability transforms pharmacy data into actionable interventions at key points of care, including in retail, mail and specialty pharmacies as well as in customer care call center operations, leveraging our enterprise data platform to improve the quality of care. The technology leverages assisted artificial intelligence to deliver insights to the business and bring automation to otherwise manual tasks. Specialty services also connects with our claim adjudication platform and various health plan adjudication platforms with a centralized architecture servicing many clients and members. Operating services, such as Specialty Expedite®, provide an interconnected onboarding solution for specialty medications and branding solutions ranging from fulfillment to total patient management. These services are managed through our new innovative specialty workflow and web platform.

***Pharmacy Services Clients***

The Company's Pharmacy Services clients are primarily employers, insurance companies, unions, government employee groups, health plans, Medicare Part D plans, Managed Medicaid plans and plans offered on Insurance Exchanges and other sponsors of health benefit plans throughout the United States and Covered Entities. Pharmaceuticals are provided to eligible members in benefit plans maintained by clients and utilize the Company's information systems, among other things, to help perform safety checks, drug interaction screening and identify opportunities for generic substitution. Substantially all of the Pharmacy Services segment's revenues are generated from dispensing and managing prescription drugs to eligible members in benefit plans maintained by clients.

***Pharmacy Services Seasonality***

The majority of Pharmacy Services segment revenues are not seasonal in nature.

***Pharmacy Services Competition***

The Company believes the primary competitive factors in the pharmacy services industry include: (i) the ability to negotiate favorable discounts from drug manufacturers as well as to negotiate favorable discounts from, and access to, retail pharmacy networks; (ii) the ability to identify and apply effective cost management programs utilizing clinical strategies, including the development and utilization of preferred formularies; (iii) the ability to market PBM products and services; (iv) the commitment

to provide flexible, clinically-oriented services to clients and be responsive to clients' needs; (v) the quality, scope and costs of products and services offered to clients and their members; and (vi) operational excellence in delivering services. The Pharmacy Services segment has a significant number of competitors offering PBM services, including large, national PBM companies (e.g., Prime Therapeutics and MedImpact), PBMs owned by large national health plans (e.g., the Express Scripts business of Cigna Corporation and the OptumRx business of UnitedHealth) and smaller standalone PBMs.

**Retail/LTC Segment**

The Retail/LTC segment sells prescription drugs and a wide assortment of health and wellness products and general merchandise, provides health care services through its MinuteClinic walk-in medical clinics, provides medical diagnostic testing, administers vaccinations for illnesses such as influenza, COVID-19 and shingles and conducts long-term care pharmacy ("LTC") operations, which distribute prescription drugs and provide related pharmacy consulting and other ancillary services to long-term care facilities and other care settings. As of December 31, 2021, the Retail/LTC segment operated more than 9,900 retail locations, nearly 1,200 MinuteClinic locations as well as online retail pharmacy websites, LTC pharmacies and on-site pharmacies. During the year ended December 31, 2021, the Retail/LTC segment filled 1.6 billion prescriptions on a 30-day equivalent basis. For the year ended December 31, 2021, the Company dispensed approximately 26.4% of the total retail pharmacy prescriptions in the United States.

***Retail/LTC Products and Services***

A typical retail store sells prescription drugs and a wide assortment of high-quality, nationally advertised brand name and proprietary brand merchandise. Pharmacy locations may also contract with Covered Entities under the federal 340B drug pricing program. Front store categories include over-the-counter drugs, consumer health products, beauty products and personal care products. LTC operations include distribution of prescription drugs and related consulting and ancillary services. The Company purchases merchandise from numerous manufacturers and distributors. The Company believes that competitive sources are readily available for substantially all of the products carried in its retail stores and the loss of any one supplier would not likely have a material effect on the Retail/LTC segment. The Company's MinuteClinic locations offer a variety of health care services.

Retail/LTC revenues by major product group are as follows:

| | Percentage of Revenues | | |
|---|---|---|---|
| | **2021** | **2020** | **2019** |
| Pharmacy (1) | 76.0 % | 76.9 % | 76.7 % |
| Front store and other (2) | 24.0 % | 23.1 % | 23.3 % |
| | 100.0 % | 100.0 % | 100.0 % |

(1) Pharmacy includes LTC sales and sales in pharmacies within Target Corporation ("Target") and other retail stores.
(2) "Other" represents less than 12% of the "Front store and other" revenue category in all periods presented.

*Pharmacy*

Pharmacy revenues represented approximately three-fourths of Retail/LTC segment revenues in each of 2021, 2020 and 2019. The Company believes that retail pharmacy operations will continue to represent a critical part of the Company's business due to industry demographics, e.g., an aging American population consuming a greater number of prescription drugs, prescription drugs being used more often as the first line of defense for managing illness, the introduction of new pharmaceutical products, the need for vaccinations, including the COVID-19 vaccination, and Medicare Part D growth. The Company believes the retail pharmacy business benefits from investment in both people and technology, as well as innovative collaborations with health plans, PBMs and providers. Given the nature of prescriptions, consumers want their prescriptions filled accurately by professional pharmacists using the latest tools and technology, and ready when promised. Consumers also need medication management programs and better information to help them get the most out of their health care dollars. To assist consumers with these needs, the Company has introduced integrated pharmacy health care services that provide an earlier, easier and more effective approach to engaging consumers in behaviors that can help lower costs, improve health and save lives.

*Front Store*

Front store revenues reflect the Company's strategy of innovating with new and unique products and services, using innovative personalized marketing and adjusting the mix of merchandise to match customers' needs and preferences. A key component of the front store strategy is the ExtraCare® card program, which is one of the largest and most successful retail loyalty programs in the United States. The ExtraCare program allows the Company to balance marketing efforts so it can reward its best

customers by providing them with automatic sale prices, customized coupons, ExtraBucks® rewards and other benefits. The Company also offers a subscription-based membership program, CarePass®, under which members are entitled to a suite of benefits delivered over the course of the subscription period, as well as a promotional reward that can be redeemed for future goods and services. The Company continues to launch and enhance new and exclusive brands to create unmatched offerings in beauty products and deliver other unique product offerings, including a full range of high-quality CVS Health® and other proprietary brand products that are only available through CVS stores. The Company currently carries approximately 6,000 CVS Health and proprietary items, which accounted for approximately 22% of front store revenues during 2021.

*MinuteClinic*
As of December 31, 2021, the Company operated nearly 1,200 MinuteClinic locations in the United States. The clinics are staffed by nurse practitioners and physician assistants who utilize nationally established guidelines to deliver a variety of health care services. Payors value these clinics because they provide convenient, high-quality, cost-effective care, in many cases offering an attractive alternative to more expensive sites of care. MinuteClinic is collaborating with the Health Care Benefits and Pharmacy Services segments to help meet the needs of the Company's health plan members and CVS Caremark's client plan members by offering programs that can improve member health and lower costs. MinuteClinic also maintains relationships with leading hospitals, clinics and physicians in the communities we serve to support and enhance quality, access and continuity of care.

*On-site Pharmacies*
The Company also operates a limited number of pharmacies located at client sites, which provide certain health plan members and customers with a convenient alternative for filling their prescriptions and receiving vaccinations, including the COVID-19 vaccination.

*Medical Diagnostic Testing*
The Company offers medical diagnostic testing primarily through its COVID-19 testing sites located at CVS Pharmacy locations, in its MinuteClinic locations, at community-based testing sites in underserved areas and through its Return Ready solution.

*Long-term Care Pharmacy Operations*
The Retail/LTC segment provides LTC pharmacy services through the Omnicare® business. Omnicare's customers consist of skilled nursing facilities, assisted living facilities, independent living communities, hospitals, correctional facilities, and other health care service providers. The Company provides pharmacy consulting, including monthly patient drug therapy evaluations, to assist in compliance with state and federal regulations and provide proprietary clinical and health management programs. It also provides pharmaceutical case management services for retirees, employees and dependents who have drug benefits under corporate-sponsored health care programs.

***Community Location Development***

CVS Health's community health destinations are an integral part of its ability to meet the needs of consumers and maintain its leadership position in the changing health care landscape. When paired with its rapidly expanding digital presence, the Company's physical presence in thousands of communities across the country represents a competitive advantage by allowing it to develop deep and trusted relationships through everyday engagement in consumer health. The Company's community health destinations have played, and will continue to play, a key role in the Company's continued growth and success. During 2021, the Company opened approximately 55 new community locations, relocated approximately 15 locations, converted approximately 300 locations into CVS HealthHUB locations and closed approximately 80 locations.

The Company's continuous assessment of its national footprint is an essential component of competing effectively in the current health care environment. On an ongoing basis, the Company evaluates changes in population, consumer buying patterns and future health needs to assess the ability of its existing stores and locations to meet the needs of its consumers and the business. During the fourth quarter of 2021, the Company completed a strategic review of its retail business and announced its plans to reduce store density in certain locations through the closure of approximately 900 stores between 2022 and 2024.

As part of the Company's strategic review of its retail business, CVS Health will also create new store formats to drive higher engagement with consumers. Three distinct models will serve as community health destinations: (a) sites dedicated to offering primary care services; (b) an enhanced version of CVS HealthHUB locations with products and services designed for everyday health and wellness needs; and (c) traditional CVS Pharmacy stores that provide prescription services and health, wellness, personal care and other convenient retail offerings.

***Retail/LTC Information Systems***

The Company has continued to invest in information systems to enable it to deliver exceptional customer service, enhance safety and quality, and expand patient care services while lowering operating costs. The proprietary WeCARE Workflow tool supports pharmacy teams by prioritizing work to meet customer expectations, facilitating prescriber outreach, and seamlessly integrating clinical programs. This solution delivers improved efficiency and enhances customer experience, as well as provides a framework to accommodate the evolution of pharmacy practice and the expansion of clinical programs. Our Health Engagement Engine technology and data science clinical algorithms enable the Company to help identify opportunities for pharmacists to deliver face-to-face counseling regarding patient health and safety matters, including medication adherence issues, gaps in care and management of certain chronic health conditions. The Company's digital strategy is to empower the consumer to navigate their pharmacy experience and manage their condition through integrated online and mobile solutions that offer utility and convenience. The Company's LTC digital technology suite, Omniview®, improves the efficiency of customers' operations with tools that include executive dashboards, pre-admission pricing, electronic ordering of prescription refills, proof-of-delivery tracking, access to patient profiles, receipt and management of facility bills, and real-time validation of Medicare Part D coverage, among other capabilities.

Through the collaboration of its digital and technical teams, the Company has established critical tools which enable patients to schedule COVID-19 diagnostic testing and vaccination appointments through CVS.com and MinuteClinic.com. Key elements of the offerings include landing pages which highlight services and answer common questions, screening capabilities to determine patient eligibility, service location locator and appointment selection tools to efficiently identify the requested service on a specified date, time, and location and registration pages to collect required patient information, accelerating the administration of the test or vaccine once at the store. Once scheduled, the tools provide the user with instructions and notifications including SMS text message and email reminders, and, following administration, also provide digital results for tests and records for vaccinations, enabling patients to view and save their medical records for convenient access at a later point.

***Retail/LTC Customers***

The success of the Retail/LTC segment's businesses is dependent upon the Company's ability to establish and maintain contractual relationships with pharmacy benefit managers and other payors on acceptable terms. Substantially all of the Retail/LTC segment's pharmacy revenues are derived from pharmacy benefit managers, managed care organizations ("MCOs"), government funded health care programs, commercial employers and other third-party payors. No single Retail/LTC payor accounted for 10% or more of the Company's consolidated total revenues in 2021, 2020 or 2019.

***Retail/LTC Seasonality***

The majority of Retail/LTC segment revenues, particularly pharmacy revenues, generally are not seasonal in nature. However, front store revenues tend to be higher during the December holiday season. In addition, both pharmacy and front store revenues are affected by the timing and severity of the cough, cold and flu season. Uncharacteristic or extreme weather conditions also can adversely affect consumer shopping patterns and Retail/LTC revenues, expenses and operating results.

During the year ended December 31, 2021, the customary quarterly operating income progression continued to be impacted by COVID-19. During the first quarter, the Company experienced reduced customer traffic in its retail pharmacies, which reflected the impact of a weak cough, cold and flu season, while it administered the highest quarterly volume of COVID-19 diagnostic tests. During the second quarter, the segment generated earnings from COVID-19 vaccinations and saw improved customer traffic as vaccinated customers began more actively shopping in CVS locations. During the third and fourth quarters, emerging new variants drove the continued administration of COVID-19 vaccinations (including booster shots), which reached their highest levels of the year during the fourth quarter, and diagnostic testing. During the third and fourth quarters, the segment also generated earnings from the sale of OTC test kits in the front store.

During the year ended December 31, 2020, the customary quarterly operating income progression was also impacted by COVID-19. During March 2020, the Company experienced greater use of 90-day prescriptions, early refills of maintenance medications and increased front store volume as consumers prepared for the COVID-19 pandemic. Subsequent to March 2020, the Company experienced reduced customer traffic in its retail pharmacies and MinuteClinic locations due to shelter-in-place orders as well as reduced new therapy prescriptions as a result of the COVID-19 pandemic. Beginning in the third quarter, the Company saw an increase in diagnostic testing related to the COVID-19 pandemic and in December 2020, the Company began administering COVID-19 vaccinations in long-term care facilities.

***Retail/LTC Competition***

The retail pharmacy business is highly competitive. The Company believes that it competes principally on the basis of: (i) store location and convenience, (ii) customer service and satisfaction, (iii) product selection and variety, and (iv) price. In the areas it serves, the Company competes with other drugstore chains (e.g., Walgreens and Rite Aid), supermarkets, discount retailers (e.g., Walmart), independent pharmacies, restrictive pharmacy networks, internet companies (e.g., Amazon), membership clubs, retail health clinics, urgent care and primary care offices, as well as mail order dispensing pharmacies.

LTC pharmacy services are highly regional or local in nature, and within a given geographic area of operation, highly competitive. The Company's largest LTC pharmacy competitor nationally is PharMerica. The Company also competes with numerous local and regional institutional pharmacies, pharmacies owned by long-term care facilities and local retail pharmacies. Some states have enacted "freedom of choice" or "any willing provider" requirements as part of their state Medicaid programs or in separate legislation, which may increase the competition that the Company faces in providing services to long-term care facility residents in these states.

**Corporate/Other Segment**

The Company presents the remainder of its financial results in the Corporate/Other segment, which primarily consists of:

- Management and administrative expenses to support the Company's overall operations, which include certain aspects of executive management and the corporate relations, legal, compliance, human resources, information technology and finance departments, expenses associated with the Company's investments in its transformation and enterprise modernization programs and acquisition-related integration costs; and
- Products for which the Company no longer solicits or accepts new customers such as large case pensions and long-term care insurance products.

**Liquidity and Capital Resources**

***Cash Flows***

The Company maintains a level of liquidity sufficient to allow it to meet its cash needs in the short-term. Over the long term, the Company manages its cash and capital structure to maximize shareholder return, maintain its financial condition and maintain flexibility for future strategic initiatives. The Company continuously assesses its regulatory capital requirements, working capital needs, debt and leverage levels, debt maturity schedule, capital expenditure requirements, dividend payouts, potential share repurchases and future investments or acquisitions. The Company believes its operating cash flows, commercial paper program, credit facilities, as well as any potential future borrowings, will be sufficient to fund these future payments and long-term initiatives. As of December 31, 2021, the Company had approximately $9.4 billion in cash and cash equivalents, approximately $3.8 billion of which was held by the parent company or nonrestricted subsidiaries.

The net change in cash, cash equivalents and restricted cash for the years ended December 31, 2021, 2020 and 2019 was as follows:

| | Year Ended December 31, | | | Change | | | |
|---|---|---|---|---|---|---|---|
| | | | | 2021 vs. 2020 | | 2020 vs. 2019 | |
| *In millions* | 2021 | 2020 | 2019 | $ | % | $ | % |
| Net cash provided by operating activities | $ 18,265 | $ 15,865 | $ 12,848 | $ 2,400 | 15.1 % | $ 3,017 | 23.5 % |
| Net cash used in investing activities | (5,261) | (5,534) | (3,339) | 273 | 4.9 % | (2,195) | (65.7)% |
| Net cash used in financing activities | (11,356) | (7,696) | (7,654) | (3,660) | (47.6)% | (42) | (0.5)% |
| Net increase in cash, cash equivalents and restricted cash | $ 1,648 | $ 2,635 | $ 1,855 | $ (987) | (37.5)% | $ 780 | 42.0 % |

***Commentary - 2021 compared to 2020***

- *Net cash provided by operating activities* increased by $2.4 billion in 2021 compared to 2020 due primarily to the timing of payments and higher operating income in the Retail/LTC segment. The increase was partially offset by reduced benefit costs due to the deferral of elective procedures and other discretionary utilization in the Health Care Benefits segment as a result of the COVID-19 pandemic, which favorably impacted operating cash flows in 2020 and did not recur during the current year.
- *Net cash used in investing activities* decreased by $273 million in 2021 compared to 2020 primarily due to increased proceeds from the sale and maturity of investments and a decrease in cash used for acquisitions, partially offset by the absence of $840 million in proceeds from the sale of the Workers' Compensation business in 2020 and increased purchases of investments during 2021 compared to the prior year. In addition, cash used in investing activities reflected the following activity:
    - Gross capital expenditures remained relatively consistent at approximately $2.5 billion and $2.4 billion in 2021 and 2020, respectively. During 2021, approximately 64% of the Company's total capital expenditures were for technology, digital and other strategic initiatives and 36% were for store, fulfillment and support facilities expansion and improvements.
- *Net cash used in financing activities* increased to $11.4 billion in 2021 compared to $7.7 billion in 2020. The increase in cash used in finance activities primarily related to lower proceeds from the issuance of long-term debt, partially offset by lower repayments of long-term debt during 2021 compared to the prior year.

Included in net cash used in investing activities for the years ended December 31, 2021, 2020 and 2019 was the following store development activity: (1)

| | 2021 | 2020 | 2019 |
|---|---|---|---|
| Total stores (beginning of year) | 9,962 | 9,896 | 9,921 |
| New and acquired stores (2) | 58 | 156 | 102 |
| Closed stores (2) | (81) | (90) | (127) |
| Total stores (end of year) | 9,939 | 9,962 | 9,896 |
| Relocated stores (2) | 17 | 18 | 23 |

(1) Includes retail drugstores and pharmacies within retail chains, primarily in Target Corporation ("Target") stores.

Exhibit 21.1

## Subsidiaries of CVS Health Corporation

Listed below are subsidiaries under CVS Health Corporation at December 31, 2021 with their jurisdictions of organization shown in parentheses. Subsidiaries excluded from the list below are not insurance companies and would not, in the aggregate, constitute a "significant subsidiary" of CVS Health Corporation, as that term is defined in Rule 1-02(w) of Regulation S-X.

- **CVS Foreign, Inc. (New York)**
    - CVS Caremark Indemnity Ltd. (Bermuda)
    - CVS International, L.L.C. (Delaware)

- **CVS Pharmacy, Inc. (Rhode Island)**
    - Aetna Inc. (Pennsylvania)
        - Aetna Health Holdings, LLC (Delaware)
            - Aetna Health of California Inc. (California)
            - Aetna Health Inc. (Connecticut)
            - Aetna Health Inc. (Florida)
            - Aetna Health Inc. (Georgia)
            - Aetna Health Inc. (Maine)
            - Aetna Health of Michigan Inc. (Michigan)
            - Aetna Health Inc. (New Jersey)
            - Aetna Health Inc. (New York)
                - Aetna Better Health Inc. (New York)
            - Aetna Health Inc. (Pennsylvania)
            - Aetna Health Inc. (Texas)
            - Aetna Better Health of California Inc. (California)
            - Aetna Health of Ohio Inc. (Ohio)Aetna Better Health of Texas Inc. (Texas)
            - Aetna Better Health of Washington, Inc. (Washington)
            - Aetna Better Health Inc. (Georgia)
            - Aetna HealthAssurance Pennsylvania, Inc. (Pennsylvania)
            - Aetna Dental of California Inc. (California)
            - Aetna Dental Inc. (New Jersey)
            - Aetna Dental Inc. (Texas)
            - Aetna Rx Home Delivery, LLC (Delaware)
            - Aetna Health Management, LLC (Delaware)
            - Aetna Ireland Inc. (Delaware)
            - Aetna Specialty Pharmacy, LLC (Delaware)
            - Cofinity, Inc. (Delaware)
            - @Credentials Inc. (Delaware)
            - Aetna Better Health Inc. (Pennsylvania)
            - Aetna Better Health Inc. (Connecticut)
            - Aetna Better Health of Illinois Inc. (Illinois)
            - Aetna Better Health Premier Plan MMAI Inc. (Illinois)
            - Aetna Better Health of Kansas Inc. (Kansas)
            - Aetna Better Health, Inc. (Louisiana)
            - Aetna Florida Inc. (Florida)
            - Aetna Better Health of Indiana Inc. (Indiana)

- Aetna Better Health Inc. (Ohio)
- Aetna Better Health of Oklahoma Inc. (Oklahoma)
- Aetna Better Health of Nevada Inc. (Nevada)
- Aetna Better Health Inc. (New Jersey)
- Aetna Better Health of North Carolina Inc. (North Carolina)
- Aetna Network Services LLC (Connecticut)
- Aetna Risk Assurance Company of Connecticut Inc. (Connecticut)
- Aetna Student Health Agency Inc. (Massachusetts)
- Delaware Physicians Care, Incorporated (Delaware)
- Schaller Anderson Medical Administrators, Incorporated (Delaware)
- Aetna Medicaid Administrators LLC (Arizona)
- iTriage, LLC (Delaware)
- Medical Examinations of New York, P.C. (New York)
- bswift LLC (Illinois)
- Prodigy Health Group, Inc. (Delaware)
  - Niagara Re, Inc. (New York)
  - Performax, Inc. (Delaware)
  - Scrip World, LLC (Utah)
  - Precision Benefit Services, Inc. (Delaware)
  - American Health Holding, Inc. (Ohio)
  - Meritain Health, Inc. (New York)
    - Administrative Enterprises, Inc. (Arizona)
    - U.S Healthcare Holdings, LLC (Ohio)
    - Prime Net, Inc. (Ohio)
    - Professional Risk Management, Inc. (Ohio)
- ADMINCO, Inc. (Arizona)
- Aetna ACO Holdings Inc. (Delaware)
- Aetna Pharmacy Management Services LLC (Delaware)
- Coventry Transplant Network, Inc. (Delaware)
- Aetna Health of Iowa Inc. (Iowa)
- Coventry Health Care of Nebraska, Inc. (Nebraska)
- Aetna Health Inc. (Louisiana)
- HealthAssurance Pennsylvania, Inc. (Pennsylvania)
- Coventry Prescription Management Services Inc. (Nevada)
- Coventry Health and Life Insurance Company (Missouri)
  - Aetna Better Health of Kentucky Insurance Company (Kentucky)
- Coventry Health Care of Virginia, Inc. (Virginia)
- Coventry Health Care of Missouri, Inc. (Missouri)
- Aetna Better Health of Missouri LLC (Missouri)
- Coventry Health Care of Illinois, Inc. (Illinois)
- Coventry Health Care of West Virginia, Inc. (West Virginia)
- Coventry HealthCare Management Corporation (Delaware)
- Coventry Health Care of Kansas, Inc. (Kansas)
- Coventry Health Care National Accounts, Inc. (Delaware)
- Aetna Better Health of Michigan Inc. (Michigan)
- Aetna Health of Utah Inc. (Utah)
- Aetna Better Health of Tennessee Inc. (Tennessee)

    - Coventry Health Care National Network, Inc. (Delaware)
    - Coventry Consumer Advantage, Inc. (Delaware)
    - MHNet Specialty Services, LLC (Maryland)
        - Mental Health Network of New York IPA, Inc. (New York)
        - Mental Health Associates, Inc. (Louisiana)
        - MHNet of Florida, Inc. (Florida)
    - Group Dental Service, Inc. (Maryland)
        - Group Dental Service of Maryland, Inc. (Maryland)
    - Florida Health Plan Administrators, LLC (Florida)
        - Aetna Better Health of Florida Inc. (Florida)
        - Carefree Insurance Services, Inc. (Florida)
        - Coventry Health Plan of Florida, Inc. (Florida)
    - First Health Group Corp. (Delaware)
        - First Health Life & Health Insurance Company (Texas)
        - Claims Administration Corp. (Maryland)
        - First Choice of the Midwest LLC (South Dakota)
- Continental Life Insurance Company of Brentwood, Tennessee (Tennessee)
    - American Continental Insurance Company (Tennessee)
- Aetna Life Insurance Company (Connecticut)
    - AHP Holdings, Inc. (Connecticut)
        - Aetna Insurance Company of Connecticut (Connecticut)
        - AE Fourteen, Incorporated (Connecticut)
        - Aetna Life Assignment Company (Connecticut)
    - Aetna ACO Holdings Inc. (Delaware)
        - Innovation Health Holdings, LLC (Delaware)
            - Innovation Health Insurance Company (Virginia)
                - Innovation Health Plan, Inc. (Virginia)
        - Texas Health + Aetna Health Insurance Holding Company LLC (Texas)
            - Texas Health + Aetna Health Insurance Company (Texas)
                - Texas Health + Aetna Health Plan Inc. (Texas)
    - Banner Health and Aetna Health Insurance Holding Company LLC (Delaware)
        - Banner Health and Aetna Health Insurance Company (Arizona)
                - Banner Health and Aetna Health Plan Inc. (Arizona)
    - Sutter Health and Aetna Insurance Holding Company LLC (Delaware)
        - Sutter Health and Aetna Administrative Services LLC (Delaware)
        - Sutter Health and Aetna Insurance Company (California)
    - Allina Health and Aetna Insurance Holding Company LLC (Delaware)
        - Allina Health and Aetna Insurance Company (Minnesota)
        - Allina Health and Aetna Health Plan Inc. (Minnesota)
    - Aetna International LLC (Connecticut)
        - Aetna Life & Casualty (Bermuda) Ltd. (Bermuda)
        - Aetna International Ex Pat LLC (Delaware)
        - Aetna Global Holdings Limited (England & Wales)
            - Aetna Insurance (Hong Kong) Limited (Hong Kong)
            - Virtual Home Healthcare LLC (Dubai)
            - Minor Health Enterprise Co, Ltd. (Thailand)
            - Health Care Management Co. Ltd. (Thailand)

            - Aetna Services (Thailand) Limited (Thailand)
            - Aetna Health Insurance (Thailand) Public Company Limited (Thailand)
        - Aetna Health Insurance (Thailand) Public Company Limited (Thailand)
        - Aetna Holdings (Thailand) Limited (Thailand)
            - Health Care Management Co. Ltd. (Thailand)
            - Minor Health Enterprise Co, Ltd. (Thailand)
                - Aetna Health Insurance (Thailand) Public Company Limited (Thailand)
    - Aetna Global Benefits (Bermuda) Limited (Bermuda)
        - Goodhealth Worldwide (Global) Limited (Bermuda)
        - Aetna Global Benefits (Europe) Limited (England & Wales)
        - Aetna Global Benefits (Asia Pacific) Limited (Hong Kong)
            - PT Aetna Management Consulting (Indonesia)
        - Goodhealth Worldwide (Asia) Limited (Hong Kong)
        - Aetna Global Benefits Limited (DIFC, UAE)
        - Aetna Global Benefits (Middle East) LLC (UAE)
        - Pt. Aetna Global Benefits Indonesia (Indonesia)
        - Spinnaker Topco Limited (Bermuda)
            - Spinnaker Bidco Limited (England and Wales)
                - Aetna Holdco (UK) Limited (England and Wales)
                    - Aetna Global Benefits (UK) Limited (England and Wales)
                    - Aetna Insurance Company Limited (England and Wales)
    - Aetna Insurance (Singapore) Pte. Ltd. (Singapore)
    - Aetna Health Insurance Company of Europe DAC (Ireland)
    - Aetna (Shanghai) Enterprise Services Co. Ltd. (China)
        - Aetna (Beijing) Enterprise Management Services Co., Ltd. (China)
    - Aetna Global Benefits (Singapore) PTE. LTD. (Singapore)
        - Indian Health Organisation Private Limited (India)
    - PT Aetna Management Consulting (Indonesia)
- PE Holdings, LLC (Connecticut)
- Aetna Resources LLC (Delaware)
- Canal Place, LLC (Delaware)
- Aetna Ventures, LLC (Delaware)

- Phoenix Data Solutions LLC (Delaware)
- Aetna Financial Holdings, LLC (Delaware)
    - Aetna Asset Advisors, LLC (Delaware)
    - U.S. Healthcare Properties, Inc. (Pennsylvania)
    - Aetna Capital Management, LLC (Delaware)
        - Aetna Partners Diversified Fund, LLC (Delaware)
    - Aetna Workers' Comp Access, LLC (Delaware)
    - Aetna Behavioral Health, LLC (Delaware)
    - Managed Care Coordinators, Inc. (Delaware)
    - Horizon Behavioral Services, LLC (Delaware)
        - Employee Assistance Services, LLC (Kentucky)
        - Health and Human Resource Center, Inc. (California)
        - Resources for Living, LLC (Texas)
        - The Vasquez Group Inc. (Illinois)
        - Work and Family Benefits, Inc. (New Jersey)

        - Aetna Card Solutions, LLC (Connecticut)
        - PayFlex Holdings, Inc. (Delaware)
            - PayFlex Systems USA, Inc. (Nebraska)
    - Aetna Health and Life Insurance Company (Connecticut)
    - Aetna Health Insurance Company (Pennsylvania)
    - Aetna Health Insurance Company of New York (New York)
    - AUSHC Holdings, Inc. (Connecticut)
        - PHPSNE Parent Corporation (Delaware)
    - Active Health Management, Inc. (Delaware)
        - Health Data & Management Solutions, Inc. (Delaware)
        - Aetna Integrated Informatics, Inc. (Pennsylvania)
    - Health Re, Inc. (Vermont)
    - ASI Wings, LLC (Delaware)
    - Aetna Corporate Services LLC (Delaware)
    - Echo Merger Sub, Inc. (Delaware)

- CVS Pharmacy, Inc. (continued)

  - Alabama CVS Pharmacy, L.L.C. (Alabama)
  - Alaska CVS Pharmacy, L.L.C. (Alaska)
  - American Drug Stores Delaware, L.L.C. (Delaware)
  - Arkansas CVS Pharmacy, L.L.C. (Arkansas)
  - CareCenter Pharmacy, L.L.C. (Delaware)
  - Caremark Rx, L.L.C. (Delaware)
    - ACS ACQCO CORP. (Delaware)
        - Advanced Care Scripts, Inc. (Florida)
    - CaremarkPCS, L.L.C. (Delaware)
        - CaremarkPCS Health, L.L.C. (Delaware)
        - Caremark IPA, L.L.C. (New York)
    - Accordant Health Services, L.L.C. (Delaware)
    - AdvancePCS SpecialtyRx, LLC (Delaware)
    - AdvanceRx.com, L.L.C. (Delaware)
    - Caremark PhC, L.L.C. (Delaware)
    - Caremark Ulysses Holding Corp. (New York)
        - MemberHealth LLC (Delaware)
        - UAC Holding, Inc. (Delaware)
    - Caremark, L.L.C. (California)
        - Caremark Arizona Mail Pharmacy, LLC (Arizona)
        - Caremark Arizona Specialty Pharmacy, L.L.C. (Arizona)
        - Caremark California Specialty Pharmacy, L.L.C. (California)
        - Caremark Florida Mail Pharmacy, LLC (Florida)
        - Caremark Florida Specialty Pharmacy, LLC (Florida)
        - Caremark Hawaii Mail Pharmacy, L.L.C. (Hawaii)
        - Caremark Hawaii Specialty Pharmacy, LLC (Hawaii)
        - Caremark Illinois Mail Pharmacy, LLC (Illinois)
        - CVS Caremark Advanced Technology Pharmacy, L.L.C. (Illinois)
        - Caremark Illinois Specialty Pharmacy, LLC (Illinois)

- Caremark Irving Resource Center, LLC (Texas)
- Caremark Kansas Specialty Pharmacy, LLC (Kansas)
- Caremark Logistics, LLC (Delaware)
- Caremark Louisiana Specialty Pharmacy, LLC (Louisiana)
- Caremark Maryland Specialty Pharmacy, LLC (Maryland)
- Caremark Massachusetts Specialty Pharmacy, L.L.C. (Massachusetts)
- Caremark Michigan Specialty Pharmacy, LLC (Michigan)
- Caremark Minnesota Specialty Pharmacy, LLC (Minnesota)
- Caremark New Jersey Specialty Pharmacy, LLC (New Jersey)
- Caremark North Carolina Specialty Pharmacy, LLC (North Carolina)
- Caremark Ohio Specialty Pharmacy, L.L.C. (Ohio)
- Caremark Pennsylvania Specialty Pharmacy, LLC (Pennsylvania)
- Caremark Redlands Pharmacy, L.L.C. (California)
- Caremark Repack, LLC (Illinois)
- Caremark Tennessee Specialty Pharmacy, LLC (Tennessee)
- Caremark Texas Mail Pharmacy, LLC (Texas)
- Caremark Texas Specialty Pharmacy, LLC (Texas)
- Caremark Washington Specialty Pharmacy, LLC (Washington)
- Central Rx Services, LLC (Nevada)
- CVS Caremark TN SUTA, LLC (Delaware)
- Generation Health, L.L.C. (Delaware)
- NovoLogix, LLC (Delaware)

- CaremarkPCS Alabama Mail Pharmacy, LLC (Alabama)
- CVS Caremark Part D Services, L.L.C. (Delaware)
- Eckerd Corporation of Florida, Inc. (Florida)
- Express Pharmacy Services of PA, L.L.C. (Delaware)
- Ocean Acquisition Sub, L.L.C. (Delaware)
  - Coram LLC (Delaware)
  - T2 Medical, Inc. (Delaware)
    - Coram Healthcare Corporation of Alabama (Delaware)
    - Coram Healthcare Corporation of Florida (Delaware)
    - Coram Healthcare Corporation of Greater D.C. (Delaware)
    - Coram Healthcare Corporation of Greater New York (New York)
    - Coram Healthcare Corporation of Indiana (Delaware)
    - Coram Healthcare Corporation of Mississippi (Delaware)
    - Coram Healthcare Corporation of Nevada (Delaware)
    - Coram Healthcare Corporation of Northern California (Delaware)
    - Coram Healthcare Corporation of Southern California (Delaware)
    - Coram Healthcare Corporation of Southern Florida (Delaware)
    - Coram Specialty Infusion Services, L.L.C. (Delaware)
      - Coram Rx, LLC (Delaware)
      - Coram Healthcare Corporation of North Texas (Delaware)
      - Coram Healthcare Corporation of Utah (Delaware)
      - Coram Healthcare Corporation of Massachusetts (Delaware)
  - Coram Alternate Site Services, Inc. (Delaware)
      - Geneva Woods Management, LLC (Delaware)

- Part D Holding Company, L.L.C. (Delaware)
  - Accendo Insurance Company (Utah)
  - Silverscript Insurance Company (Tennessee)
- Connecticut CVS Pharmacy, L.L.C. (Connecticut)
- Coram Clinical Trials, Inc. (Delaware)*
  - CVS Cabot Holdings Inc. (Delaware)*
  - CVS Shaw Holdings Inc. (Delaware)*
    - Omnicare, LLC (Delaware)*
      - Evergreen Pharmaceutical of California, LLC (California)
      - JHC Acquisition, LLC (Delaware)
        - Geneva Woods Pharmacy, LLC (Alaska)
          - Geneva Woods Health Services, LLC (Delaware)
            - Geneva Woods Retail Pharmacy LLC (Delaware)
            - Geneva Woods LTC Pharmacy, LLC
              - Geneva Woods Pharmacy Wyoming, LLC (Delaware)
              - Geneva Woods Pharmacy Washington, LLC (Delaware)
              - Geneva Woods Pharmacy Alaska, LLC (Delaware)
        - AMC - Tennessee, LLC (Delaware)
        - CHP Acquisition, LLC (Delaware)
          - Home Pharmacy Services, LLC (Missouri)
        - CP Acquisition, LLC (Oklahoma)
        - Managed Healthcare, LLC (Delaware)
        - Medical Arts Health Care, LLC (Georgia)
        - NIV Acquisition, LLC (Delaware)
        - OCR Services, LLC (Delaware)
          - Shore Pharmaceutical Providers, LLC (Delaware)
        - Omnicare of Nevada, LLC (Delaware)
        - Omnicare Pharmacies of the Great Plains Holding, LLC (Delaware)
          - Omnicare of Nebraska LLC (Delaware)
        - Pharmacy Associates of Glenn Falls, LLC (New York)
        - Sterling Healthcare Services, LLC (Delaware)
        - Superior Care Pharmacy, LLC (Delaware)
        - TCPI Acquisition, LLC (Delaware)
        - UC Acquisition, LLC (Delaware)
        - Weber Medical Systems LLC (Delaware)
        - Williamson Drug Company, LLC (Virginia)
      - Med World Acquisition Corp. (Delaware)
      - MHHP Acquisition Company, LLC (Delaware)

---

*Coram Clinical Trials, Inc. – CVS Pharmacy, Inc. 75%/Aetna Life Insurance Company 25%
* CVS Cabot Holdings, Inc. – Coram Clinical Trials, Inc. 99.72%/Aetna Inc. .28%
*CVS Shaw Holdings, Inc. – Coram Clinical Trials, Inc. 99.72%/Aetna Inc. .28%
*Omnicare, LLC – Aetna Inc 0.28%/CVS Cabot Holdings, Inc. 49.86%/CVS Shaw Holdings, Inc. 49.86%

- Omnicare, LLC (continued)

  - NeighborCare Pharmacy Services, LLC (Delaware)
    - APS Acquisition LLC (Delaware)
    - ASCO HealthCare, LLC (Maryland)
    - Badger Acquisition LLC (Delaware)
      - Badger Acquisition of Minnesota LLC (Delaware)
        - Merwin Long Term Care, LLC (Minnesota)
      - Badger Acquisition of Ohio LLC (Delaware)
      - Badger Acquisition of Kentucky LLC (Delaware)
    - Best Care LTC Acquisition Company, LLC (Delaware)
    - Care Pharmaceutical Services, LP (Delaware)
    - CCRx Holdings, LLC (Delaware)
      - Continuing Care Rx, LLC (Pennsylvania)
      - CCRx of North Carolina LLC (Delaware)
    - Compscript, LLC (Florida)
      - Campo's Medical Pharmacy, LLC (Louisiana)
    - D & R Pharmaceutical Services LLC (Kentucky)
    - Enloe Drugs, LLC (Delaware)
    - Evergreen Pharmaceutical, LLC (Washington)
    - Home Care Pharmacy, LLC (Delaware)
    - Interlock Pharmacy Systems, LLC (Missouri)
    - Langsam Health Services, LLC (Delaware)
      - LCPS Acquisition, LLC (Delaware)
        - Omnicare Pharmacy of Tennessee LLC (Delaware)
    - Lobos Acquisition, LLC (Delaware)
    - Lo-Med Prescription Services, LLC (Ohio)
      - ZS Acquisition Company, LLC (Delaware)
    - Main Street Pharmacy, L.L.C. (Maryland)
    - NCS Healthcare of Illinois, LLC (Ohio)
    - NCS Healthcare of Iowa, LLC (Ohio)
      - Martin Health Services, LLC (Delaware)
    - NCS Healthcare of Kansas, LLC (Ohio)
    - NCS Healthcare of Kentucky, LLC (Ohio)
    - NCS Healthcare of Montana, LLC (Ohio)
    - NCS Healthcare of New Mexico, LLC (Ohio)
    - NCS Healthcare of South Carolina, LLC (Ohio)
    - NCS Healthcare of Tennessee, LLC (Ohio)
    - NCS Healthcare of Ohio, LLC (Ohio)
    - NCS Healthcare of Wisconsin, LLC (Ohio)
    - North Shore Pharmacy Services LLC (Delaware)
    - Omnicare Indiana Partnership Holding Company LLC (Delaware)
    - Omnicare of New York, LLC (Delaware)
      - NeighborCare of Indiana, LLC (Indiana)
        - Grandview Pharmacy, LLC (Indiana)
      - NeighborCare of Virginia, LLC (Virginia)
    - Omnicare Pharmacies of Pennsylvania West LLC (Pennsylvania)

- Omnicare Pharmacy and Supply Services LLC (South Dakota)
- Omnicare Pharmacy of the Midwest, LLC (Delaware)
- Omnicare Property Management, LLC (Delaware)
- Pharmacy Consultants, LLC (South Carolina)
- PRN Pharmaceutical Services, LP (Delaware)
- Roeschen's Healthcare LLC (Wisconsin)
  - PP Acquisition Company LLC (Delaware)
- Specialized Pharmacy Services, LLC (Michigan)
- Value Health Care Services LLC (Delaware)
- VAPS Acquisition Company, LLC (Delaware)
- Westhaven Services Co, LLC (Ohio)

- Three Forks Apothecary, LLC (Kentucky)
- UNI-Care Health Services of Maine, LLC (New Hampshire)

- CVS Pharmacy, Inc. (continued)
  - CVS 2948 Henderson, L.L.C. (Nevada)
  - CVS AL Distribution, L.L.C. (Alabama)
  - CVS Albany, L.L.C. (New York)
  - CVS AOC Services, L.L.C. (Delaware)
    - CVS AOC Corporation (California)
  - CVS Care Concierge, LLC (Delaware)
  - CVS Health Applications, LLC (Rhode Island)
  - CVS Health Clinical Trial Services LLC (Connecticut)
  - CVS Health Solutions LLC (Delaware)
  - CVS Health Ventures Management, LLC (Delaware)
  - CVS Health Ventures Fund GP, LLC (Delaware)
    - CVS Health Ventures Fund, LP (Delaware)
  - CVS Indiana, L.L.C. (Indiana)
  - CVS International, L.L.C. (Delaware)
    - CCI Foreign, S.à R.L. (R.C.S. Luxembourg)
      - Beauty Holdings, L.L.C. (Delaware)
      - Pamplona Saúde e Beleza LTDA (Brazil)
  - CVS Kidney Care, LLC (Delaware)
    - CVS Kidney Care Health Services LLC (Delaware)
    - CVS Kidney Care Advanced Technologies LLC (Delaware)
    - CVS Kidney Care Home Dialysis LLC (Delaware)
      - CVS-SHC Kidney Care Home Dialysis of Austin LLC (Delaware)
      - CVS-SHC Kidney Care Home Dialysis of Los Angeles LLC (Delaware)
      - CVS-SHC Kidney Care Home Dialysis of Philadelphia LLC (Delaware)
      - CVS-SHC Renal Holdings LLC (Delaware)
  - CVS Management Support, LLC (Delaware)
  - CVS Manchester NH, L.L.C. (New Hampshire)
  - CVS Media Exchange LLC (Delaware)
  - CVS Michigan, L.L.C. (Michigan)
  - CVS Orlando FL Distribution, L.L.C. (Florida)

- CVS PA Distribution, L.L.C. (Pennsylvania)
- CVS Pharmacy Overseas Online, LLC
- CVS PR Center, Inc. (Delaware)
    - Puerto Rico CVS Pharmacy, L.L.C. (Puerto Rico)
    - Caremark Puerto Rico, L.L.C. (Puerto Rico)
    - Caremark Puerto Rico Specialty Pharmacy, L.L.C. (Puerto Rico)
- CVS RS Arizona, L.L.C. (Arizona)
    - Arizona CVS Stores, L.L.C. (Arizona)
    - CVS 3268 Gilbert, L.L.C. (Arizona)
    - CVS 3745 Peoria, L.L.C. (Arizona)
    - CVS Gilbert 3272, L.L.C. (Arizona)
- CVS Rx Services, Inc. (New York)
    - Busse CVS, L.L.C. (Illinois)
    - Goodyear CVS, L.L.C. (Arizona)
    - Sheffield Avenue CVS, L.L.C. (Illinois)
    - South Wabash CVS, L.L.C. (Illinois)
    - Thomas Phoenix CVS, L.L.C. (Arizona)
    - Washington Lamb CVS, L.L.C. (Nevada)
- CVS SC Distribution, L.L.C. (South Carolina)
- CVS State Capital, L.L.C. (Maine)
- CVS TN Distribution, L.L.C. (Tennessee)
- CVS Transportation, L.L.C. (Indiana)
- CVS Vero FL Distribution, L.L.C. (Florida)
- D.A.W., LLC (Massachusetts)
- Delaware CVS Pharmacy, L.L.C. (Delaware)
- District of Columbia CVS Pharmacy, L.L.C. (District of Columbia)
- Enterprise Patient Safety Organization, LLC (Rhode Island)
- E.T.B., Inc. (Texas)
- Garfield Beach CVS, L.L.C. (California)
- Georgia CVS Pharmacy, L.L.C. (Georgia)
- German Dobson CVS, L.L.C. (Arizona)
- Grand St. Paul CVS, L.L.C. (Minnesota)
- Highland Park CVS, L.L.C. (Illinois)
- Holiday CVS, L.L.C. (Florida)
- Hook-SupeRx, L.L.C. (Delaware)
- Idaho CVS Pharmacy, L.L.C. (Idaho)
- Iowa CVS Pharmacy, L.L.C. (Iowa)
- Kansas CVS Pharmacy, L.L.C. (Kansas)
- Kentucky CVS Pharmacy, L.L.C. (Kentucky)
- Longs Drug Stores California, L.L.C. (California)
- Louisiana CVS Pharmacy, L.L.C. (Louisiana)
- Maryland CVS Pharmacy, L.L.C. (Maryland)
- Melville Realty Company, Inc. (New York)
    - CVS Bellmore Avenue, L.L.C. (New York)
- MinuteClinic, L.L.C. (Delaware)
    - MinuteClinic Diagnostic of Alabama, L.L.C. (Alabama)
    - MinuteClinic Diagnostic of Arkansas, LLC (Arkansas)

**Exhibit 23.1**

**Consent of Independent Registered Public Accounting Firm**

We consent to the incorporation by reference in the following Registration Statements:

(1) Registration Statement (Form S-3ASR No. 333-238506) of CVS Health Corporation, and
(2) Registration Statements (Form S-8 Nos. 333-238507, 333-230035, 333-228622, 333-167746, 333-217853, 333-208805, 333-141481, 333-139470, 333-63664, 333-91253, 333-49407, 333-34927, and 333-28043) of CVS Health Corporation;

of our reports dated February 9, 2022, with respect to the consolidated financial statements of CVS Health Corporation and the effectiveness of internal control over financial reporting of CVS Health Corporation included in this Annual Report (Form 10-K) of CVS Health Corporation for the year ended December 31, 2021.

/s/ Ernst & Young LLP

Boston, Massachusetts
February 9, 2022

**Exhibit 31.1**

**Certification**

I, Karen S. Lynch, President and Chief Executive Officer of CVS Health Corporation, certify that:

1. I have reviewed this annual report on Form 10-K of CVS Health Corporation;
2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;
3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;
4. The registrant's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:
   (a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;
   (b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;
   (c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and
   (d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and
5. The registrant's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):
   (a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and
   (b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: February 9, 2022

/s/ KAREN S. LYNCH

**Karen S. Lynch**
**President and Chief Executive Officer**

**Exhibit 31.2**

**Certification**

I, Shawn M. Guertin, Executive Vice President and Chief Financial Officer of CVS Health Corporation, certify that:

1. I have reviewed this annual report on Form 10-K of CVS Health Corporation;
2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;
3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;
4. The registrant's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:
   (a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;
   (b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;
   (c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and
   (d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and
5. The registrant's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):
   (a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and
   (b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: February 9, 2022

/s/ SHAWN M. GUERTIN

**Shawn M. Guertin**
**Executive Vice President and Chief Financial Officer**

**Exhibit 32.1**

**CERTIFICATION**

The certification set forth below is being submitted in connection with the Annual Report of CVS Health Corporation (the "Company") on Form 10-K for the period ended December 31, 2021 (the “Report”) solely for the purpose of complying with Rule 13a-14(b) or Rule 15d-14(b) of the Securities Exchange Act of 1934 (the “Exchange Act”) and Section 1350 of Chapter 63 of Title 18 of the United States Code.

I, Karen S. Lynch, President and Chief Executive Officer of the Company, certify that, to the best of my knowledge:

1. the Report fully complies with the requirements of Section 13(a) or 15(d) of the Exchange Act; and
2. the information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

Date: February 9, 2022

/s/ KAREN S. LYNCH

**Karen S. Lynch**
**President and Chief Executive Officer**

**Exhibit 32.2**

**CERTIFICATION**

The certification set forth below is being submitted in connection with the Annual Report of CVS Health Corporation (the "Company") on Form 10-K for the period ended December 31, 2021 (the "Report") solely for the purpose of complying with Rule 13a-14(b) or Rule 15d-14(b) of the Securities Exchange Act of 1934 (the "Exchange Act") and Section 1350 of Chapter 63 of Title 18 of the United States Code.

I, Shawn M. Guertin, Executive Vice President and Chief Financial Officer of the Company, certify that, to the best of my knowledge:

1. the Report fully complies with the requirements of Section 13(a) or 15(d) of the Exchange Act; and
2. the information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

Date: February 9, 2022

/s/ SHAWN M. GUERTIN

**Shawn M. Guertin**
**Executive Vice President and Chief Financial Officer**