**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ANOUSH BURMAYAN,

Plaintiff,

v.

GARFIELD BEACH CVS, LLC, et al.,

Defendants.

Case No. CV 23-1788 FMO (CTSx)

**JUDGMENT PURSUANT TO FED. R. CIV. P. 54(b)**

Pursuant to the Order Re: Pending Motions, filed contemporaneously with the filing of this Judgment, the court hereby finds that there is no just reason to delay the entry of judgment with respect to plaintiff's claims against Garfield Beach CVS, LLC, Guy Garcia, and Joe Johnson (collectively, "CVS"). Accordingly, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, IT IS ADJUDGED THAT the above-captioned action against CVS is dismissed with prejudice.

Dated this 30th day of September, 2026.

/s/

Fernando M. Olguin
United States District Judge